KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
DALE BISH, State Bar No. 235390
Email: dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JEFF MILANS, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>  v.<br><br>NETFLIX, INC., a Delaware Corporation<br><br>    *Defendant*, | CASE NO.: 11 CV 0379 JF<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S RESPONSE TO THE COMPLAINT |

WHEREAS, Plaintiff filed and served a class action complaint alleging certain claims against defendant Netflix, Inc. ("Netflix") for alleged violations of certain privacy and consumer protection statutes;

WHEREAS, Netflix has requested and Plaintiff has agreed to an extension of time for Netflix to respond to the complaint; and

WHEREAS, this proposed extension would have no effect on the current schedule for the case;

STIPULATION RE DEFENDANT'S RESPONSE TO THE COMPLAINT
CASE NO. 11 CV 0379 JF
-1-

NOW THEREFORE, IT IS HEREBY STIPULATED that:

   1. Netflix shall respond to the complaint no later than April 1, 2011.

   2. This stipulation is without prejudice to the rights, claims, or defenses of any party, and shall not be used by Netflix as evidence of, or to support any argument that, Plaintiff has not timely pursued his claims or has not been diligent.

Dated: February 24, 2011

/s/ Rodney G. Strickland, Jr.

Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
NETFLIX, INC.

Dated:  February 24, 2011

 /s/ Sean Reis

Sean Reis
EDELSON McGUIRE LLP

Attorneys for Plaintiff

1  [PROPOSED] ORDER

2  Defendant shall respond to the complaint no later than April 1, 2011.

3  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  Dated: 3/3/11

   THE HONORABLE JEREMY FOGEL

STIPULATION RE DEFENDANT'S RESPONSE TO THE COMPLAINT    -3-
CASE NO. 11 CV 0379 JF

1  I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file the Stipulation And [Proposed] Order Regarding Defendant's Response to the Complaint. I hereby attest Sean Reis has concurred in this filing.

Dated: February 24, 2011

/s/ Rodney G. Strickland, Jr.

Rodney G. Strickland, Jr.
WILSON SONSINI GOODRICH & ROSATI

Attorneys for Defendant
NETFLIX, INC.