Clerk's Use Only

Initial for fee pd.:

Ari Scharg
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654
(312) 589-6370
ascharg@edelson.com

FILED

UNITED STATES DISTRICT COURT

MAR 30 2011 A 11: 31

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

JEFF MILANS, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

NETFLIX, INC., a Delaware Corporation,

Defendant(s).

CASE NO. 5:11-cv-0379 JF

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Ari Scharg, an active member in good standing of the bar of Illinois Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff, Jeff Milans in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Sean Reis, Edelson McGuire LLP, 30021 Tomas Street, Suite 300, Rancho Santa Margarita, CA 92688, (949) 459-2124

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/23/2011

Ari Scharg