BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Sarah N. Westcot (State Bar No. 264916)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
            swestcot@bursor.com

BURSOR & FISHER, P.A.
Scott A. Bursor (State Bar No. 276006)
Joseph I. Marchese (pro hac vice)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone:  (212) 989-9113
Facsimile:   (212) 989-9163
E-Mail:  scott@bursor.com
            jmarchese@bursor.com

*Attorneys for Plaintiff Jason Bernal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE NETFLIX PRIVACY LITIGATION | Civil Action No.  5:11-cv-00379 EJD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF JASON BERNAL**<br><br>Hon. Edward J. Davila |
|---|---|

NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF JASON BERNAL
CASE NO. 5:11-CV-00379 EJD

1  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

2   PLEASE TAKE NOTICE THAT, pursuant to Rule 11-5(a) of the Northern District of
3  California Civil Local Rules, the law firm of Bursor & Fisher, P.A., having given written notice
4  reasonably in advance to its client and to all other parties who have appeared in the above-
5  captioned action, hereby notifies the Court of its immediate intent to withdraw as counsel for
6  Plaintiff Jason Bernal.

7

8  Dated: October 21, 2011                    BURSOR & FISHER, P.A.

9                                              _____/s/_____
                                                  L. Timothy Fisher
10

11                                              L. Timothy Fisher (State Bar No. 191626)
                                                Sarah N. Westcot (State Bar No. 264916)
12                                              1990 North California Blvd., Suite 940
                                                Walnut Creek, CA 94596
13                                              Telephone: (925) 300-4455
                                                Facsimile:  (925) 407-2700
14                                              E-Mail:  ltfisher@bursor.com
                                                         swestcot@bursor.com
15

16                                              BURSOR & FISHER, P.A.
                                                Scott A. Bursor (State Bar No. 276006)
17                                              Joseph I. Marchese (pro hac vice)
                                                369 Lexington Avenue, 10th Floor
18                                              New York, NY 10017
                                                Telephone: (212) 989-9113
19                                              Facsimile:  (212) 989-9163
                                                E-Mail:  scott@bursor.com
20                                                       jmarchese@bursor.com

21
                                                *Attorneys for Plaintiff Jason Bernal*
22

23

24

25

26

27

28