SEAN REIS (#184044 ) (sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)
RAFEY S. BALABANIAN (rbalabanian@edelson.com)
WILLIAM C. GRAY (wgray@edelson.com)
ARI J. SCHARG (ascharg@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiffs and the Putative Class*

KEITH E. EGGLETON (#159842) (keggleton@wsgr.com)
RODNEY G. STRICKLAND (#161934) (rstrickland@wsgr.com)
DALE BISH (#235390) (dbish@wsgr.com)
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304
Tel:  (650) 493-9300
Fax:  (650) 493-6811

*Attorneys for Defendant Netflix, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION |

WHEREAS, pursuant to the Court's ADR Notice dated October 14, 2011, counsel for plaintiffs and Netflix, Inc. ("Netflix") held telephonic conferences with the Court's ADR staff attorney on October 27 and November 29, 2011;

WHEREAS, the parties have agreed to participate in a private mediation with a professional mediator to be mutually agreed upon by the parties; and

WHEREAS, subject to the availability of the private mediator they select, the parties anticipate conducting the mediation in or before February 2012; and

WHEREAS, the parties wish to have until April 30, 2012 to complete the mediation;

NOW THEREFORE, IT IS HEREBY STIPULATED that the parties shall conduct a private mediation before a mutually agreeable mediator prior to April 30, 2012.

Dated: December 1, 2011                    s/ Rodney G. Strickland, Jr.

                                            Rodney G. Strickland, Jr.
                                            WILSON SONSINI GOODRICH &
                                            ROSATI

                                            Attorneys for Defendant
                                            NETFLIX, INC.

Dated: December 1, 2011                    s/ Sean Reis

                                            Sean Reis
                                            EDELSON McGUIRE LLP

                                            Attorneys for Plaintiff Jeff Milans

# [PROPOSED] ORDER

The parties shall conduct a private mediation before a mutually agreeable mediator prior to April 30, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 1, 2011

_____
UNITED STATES DISTRICT JUDGE

**ECF CERTIFICATION**

I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Alternative Dispute Resolution. I hereby attest that Sean Reis has concurred in this filing.

Dated: December 1, 2011                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                           By:   /s/ Rodney G. Strickland, Jr.
                                                 Rodney G. Strickland, Jr.

                                           Attorneys for Defendant
                                           NETFLIX, INC.