SEAN REIS (#184044) (sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)
RAFEY S. BALABANIAN (rbalabanian@edelson.com)
WILLIAM C. GRAY (wgray@edelson.com)
ARI J. SCHARG (ascharg@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiffs and the Putative Class*

KEITH E. EGGLETON (#159842) (keggleton@wsgr.com)
RODNEY G. STRICKLAND (#161934) (rstrickland@wsgr.com)
DALE BISH (#235390) (dbish@wsgr.com)
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304
Tel:  (650) 493-9300
Fax:  (650) 493-6811

*Attorneys for Defendant Netflix, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION |

1   WHEREAS, pursuant to the Court's ADR Notice dated October 14, 2011, counsel for
2   plaintiffs and Netflix, Inc. ("Netflix") held telephonic conferences with the Court's ADR staff
3   attorney on October 27 and November 29, 2011;
4   WHEREAS, the parties have agreed to participate in a private mediation with a
5   professional mediator to be mutually agreed upon by the parties; and
6   WHEREAS, subject to the availability of the private mediator they select, the parties
7   anticipate conducting the mediation in or before February 2012; and
8   WHEREAS, the parties wish to have until April 30, 2012 to complete the mediation;
9   NOW THEREFORE, IT IS HEREBY STIPULATED that the parties shall conduct a
10  private mediation before a mutually agreeable mediator prior to April 30, 2012.

12  Dated:  December 1, 2011                    s/ Rodney G. Strickland, Jr.
13                                              Rodney G. Strickland, Jr.
                                                WILSON SONSINI GOODRICH &
14                                              ROSATI
15                                              Attorneys for Defendant
                                                NETFLIX, INC.
16
17  Dated:  December 1, 2011                    s/ Sean Reis
18                                              Sean Reis
                                                EDELSON McGUIRE LLP
19
                                                Attorneys for Plaintiff Jeff Milans

# [~~PROPOSED~~] ORDER

The parties shall conduct a private mediation before a mutually agreeable mediator prior to April 30, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 1, 2011

_____
UNITED STATES DISTRICT JUDGE

**ECF CERTIFICATION**

I, Rodney G. Strickland, Jr., am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Regarding Alternative Dispute Resolution. I hereby attest that Sean Reis has concurred in this filing.

Dated: December 1, 2011                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation


                                           By:    /s/ Rodney G. Strickland, Jr.
                                                  Rodney G. Strickland, Jr.

                                           Attorneys for Defendant
                                           NETFLIX, INC.