KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
DALE BISH, State Bar No. 235390
Email: dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | CASE NO.: 5:11-CV-00379-EJD |
| | JUDGE: Hon. Edward J. Davila |
| | **NOTICE OF CLASS ACTION SETTLEMENT** |

Plaintiffs Jeff Milans and Peter Comstock, individually and on behalf of a putative class, and Defendant Netflix, Inc. respectfully submit this notice to the Court concerning a settlement of this case.  The parties participated in a mediation on February 1, 2012, and reached a class action settlement.  The parties are in the process of preparing a settlement agreement, which will be submitted to the Court along with a motion for preliminary approval.

Respectfully submitted,

DATED: February 10, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Keith E. Eggleton
      Keith E. Eggleton

650 Page Mill Road
Palo Alto, CA  94304-1040
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendant
Netflix, Inc.

DATED: February 10, 2012

EDELSON McGUIRE, LLC

By: /s/ Jay Edelson
      Jay Edelson

350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone:  (312) 589-6370
Facsimile:   (312) 589-6378

Attorneys for Plaintiffs Jeff Milans and Peter Comstock and the Putative Class

NOTICE OF SETTLEMENT
CASE NO.: 5:11-CV-00379-EJD

-1-

## ECF CERTIFICATION

I, Keith E. Eggleton, am the ECF User whose identification and password are being used to file this Notice of Settlement. I hereby attest that Jay Edelson has concurred in this filing.

DATED: February 10, 2012

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Keith E. Eggleton
        Keith E. Eggleton

650 Page Mill Road
Palo Alto, CA 94304-1040
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
Netflix, Inc.