**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NETFLIX PRIVACY LITIGATION | CASE NO. 5:11-cv-00379 EJD |
| | **ORDER RE: NOTICE OF CLASS ACTION SETTLEMENT** |
| | [Docket Item No. 74] |

On February 10, 2012, the parties informed the court that they have reached a settlement of the above-entitled class action. See Docket Item No. 74. Accordingly, all previously imposed deadlines and hearings are VACATED.

Instead, the court schedules a hearing on **June 29, 2012, at 9:00 a.m.** for the anticipated motion for preliminary approval of class action settlement and provisional certification of settlement class. The motion should be noticed, filed and served in accordance with Local Civil Rule 7.

**IT IS SO ORDERED.**

Dated: February 13, 2012

EDWARD J. DAVILA
United States District Judge