Case5:11-cv-00379-EJD   Document82   Filed07/30/12   Page1 of 2

July 27, 2012

Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113



FILED
JUL 3 0 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



RE: Netflix Privacy Litigation, No. 5:11-cv-00379-EJD

To whom it may concern:

I would like to state my objection to the proposed class action settlement. My objection is based on the following:

1. The settlement calls for settlement funds to be distributed to selected "non-profits". Since I have no input into which non-profits receive the funds, I cannot know if the funds will be distributed to an organization I find objectionable.
2. It was MY privacy that was violated. Not the lawyers, not the courts, not the purposed "non-profits". If I want to contribute or not contribute my share of the settlement to a non-profit, it's my business. The award, however small, should be mine and mine alone.
3. The corrective action purposed in the settlement is insufficient to insure my privacy in the future. It does not address the fundamental problem of information sharing.
4. My personal belief is that the proper venue for egregious violations of privacy is the criminal, not civil, courts.

For the above stated reasons, I offer my objection to the settlement.

Robert H. Meyer, 161 Main Street, Huntsville, TX 77340

Cc: Jay Edelson, Rafey S. Balabanian, Ari J. Scharg, Chandler R. Givens, Edelson McGuire LLC, 350 N. LaSalle, Suite 1300, Chicago, IL 60654

Cc: Keith E. Eggleton, Rodney G. Strickland, Dale R. Bish, Wilson Sonsini Goodrich & Rosati, 650 Page, Mill Road, Palo Alto, CA 94304

Meyer
101 Main St.
Huntsville, TX 77340

Clerk of Courts
US District Court for
The Northern District of California (San Jose)
Robert F Peckman Federal Building
280 South 1st Street
San Jose, California 95113

9511330959