July 27, 2012
Dr. Sofia Matrosova Khalil
Director/Founder, Kids Art Museum,
# 3478651; non-profit; 501(c)(3); EIN: 45-5573624
8907 Serravilla Way, Elk Grove, CA, 9758
smatroso@yahoo.com
916-267-1658

**In re: Netflix Privacy Litigation Class Action Lawsuit**
Case No. 5:11-CV-00379 EJD;
United States District Court,
Northern District of California,
San Jose Division



*Tell me, and I will forget.*
*Show me, and I may remember.*
*Involve me, and I will understand.*
Confucius, Chinese philosopher,
(551 BC – 479 BC)

A Proposal from a potential donation recipient *Kids Art Museum*,
#378651; non-profit; 501(c)(3); EIN: 45-5573624

"Settlement Fund shall be distributed to *cy pres* recipients selected by the Parties and approved by the court. The *cy pres* distribution shall be made to not-for-profit organizations…"
(p. 2, line 23-25).

The Honored Court,

As a non-profit Educational organization, Kids Art Museum mission is to *Promote Art Education Among All Children*. This free to all museum is designed as a special place for all children to develop their creativity, to learn about arts, to create and to exhibit art.

To help the development of Kids Art Museum, we are proposing to add our name to the list of the donations recipients.

Best regards,
Dr. Sofia Matrosova Khalil, an Art Educator.

Sofia Matrosova Khalil
907 Serravilla Way
Elk Grove, CA, 95758



United States District Court
Northern District of California
San Jose Division
280 S 1st St. #4050
San Jose, CA, 95113

Re: Case No. 5:11-CV-00379 EJD
Class Action Lawsuit
Netflix Privacy Litigation