**Richard E. Carr**
15 Otis St
Batavia, NY 14020
Phone 585 300 9437
Email: ylbrick@yahoo.com

31 July 2012

Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

RE: Netflix Privacy Litigation, No. 5:11-cv-00379-EJD

Members of the Court:

I, Richard E. Carr, do hereby object to this settlement on the grounds that the lawyers represented only themselves and not their clients.

Those of us who had our privacy violated receive nothing but the lawyers are getting a tremendous amount of money, both in fees and to contribute to their favorite charities.

No charity had it's personal information sold or given away, it was the people who were used by Netflix, paying for movies and then having their personal information sold.

Thus the end result is a group of lawyers get 2.5 million dollars (minimum) and those of us who were violated and our information sold get nothing.

This is neither equity nor justice, just a money grab by a group of lawyers.

My suggested resolution is as follows:

1. The lawyers get only 1 million dollars.
2. The remaining 8 million is evenly divided among those who were violated.

Richard E. Carr

Richard E. Carr
15 Otis Street
Batavia, NY 14020

**CERTIFIED MAIL**

7011 0470 0002 1852 0130




U.S. POSTAGE
PAID
BATAVIA, NY
14020
AUG 01, 12
AMOUNT
$5.7?
00030111

1000    95113

Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113



95113309599