29 July 2012

From: Daniel Delifus
4274 Broad Creek Lane
Jacksonville, Florida 32218
904-924-2398 hm. / ddelifus@bellsouth.net   e-mail

In re: Netflix Privacy Litigation
Case #-5:11-CV-00379 EJD;
United States District Of California
Northern District Of California,
San Jose Division

Subj: Class Action Lawsuit / Dte 7/24/2012

1. I Daniel Delifus is a member of the above settlement class action group; i adamantly object to the actions being taken relative to this case due to the fact there is no monetary damages will be due to me as as a class member. I wish the court would consider and grant relief in my case as a privacy class member.

Respectfully Submitted,

Daniel Delifus

D. DeLisus
4294 Broad Creek Ln
Jax. Fl. 32218

Clerk of the Court
U.S. District Of Ca. (San Jose D..)
Robert F. Peckham Fed. Bld.
280 South 1st St.
San Jose, Ca. 95113

951133095