July 31, 2012
714 Chatham Rd.
Belton, TX 76513

Re:  In re Netflix Privacy Litigation, No. 5:11-cv-00379-EJD

I am writing to object to the settlement.

First, attorneys fees should not be more than 10%.  If the attorneys find $900,000 is not adequate, they should pursue a different career and passed the litigation to hungrier attorneys now looking for work.

Second, there is no reason to direct most of the settlement money to donations.  The individuals injured should be the recipients, not some judge-favored social clubs.  The injured parties are readily identifiable.  If multiple people are injured in an automobile or train accident, do we suddenly decide that the victims' money should go to some judge-favored social clubs because we found the defendant's actions offensive?

Yours truly,

*Barbara L. Salys*

Barbara Salys

Case5:11-cv-00379-EJD   Document105   Filed08/06/12   Page2 of 4

## In re: Netflix Privacy Litigation

Case No. 5:11-CV-00379 EJD;
United States District Court,
Northern District of California,
San Jose Division

**CLASS ACTION LAWSUIT**
Last Updated: 7/24/2012

- HOME
- COMMONLY ASKED QUESTIONS
- SETTLEMENT AGREEMENT
- COMPLAINT
- NOTICE
- LA NOTIFICACION
- IMPORTANT DATES

DOWNLOAD ACROBAT READER
Adobe Reader is free and is required to view and print documents on this site.

A A A

## Welcome

This website provides information about a proposed settlement of a lawsuit that alleges that the Defendant kept and disclosed information, including records of TV shows and movies viewed by its customers, in violation of the Video Privacy Protection Act and other laws. Netflix denies it has done anything wrong.

The Preliminary Approval Order can be viewed by clicking here.

Haz click aquí para ver una versión de la notificación en español.

**YOUR LEGAL RIGHTS AND OPTIONS AS A SETTLEMENT CLASS MEMBER**

| | |
|---|---|
| Do Nothing | You will give up your right to sue the Defendant about the claims made in the lawsuit. |
| Exclude Yourself | This is the only option that allows you to be a part of any other lawsuit against the Defendant about the legal claims in this case. |
| Object to the Settlement | Write to the Court about why you don't like the Settlement. |

**DISCLAIMER**

Please do not contact either the Defendants or the Court about this Settlement. Any and all callers will be directed to this website. If you have questions, please refer to the information posted here.

This site is not operated by the Plaintiffs or the Defendants. This class action settlement is supervised by the Court and is administered by a claims administration firm that handles all aspects of settlement administration.

View the **Privacy Policy**

(over)


YAHOO! MAIL
Classic

**Video Privacy Lawsuit – Current and Former Netflix Subscribers**  Friday, July 27, 2012 1
**From:** "Online DVD Class Action Administrator" <noreply@videoprivacyclass.com>
**To:** salysoftexas@yahoo.com

## If You Are a Current or Former Netflix Subscriber
## A Class Action Settlement Could Affect You

*Para una notificación en Español, llamar 1-866-898-5088 o visitar www.VideoPrivacyClass.com*

Our records show that you were a current or former Netflix subscriber as of July 5, 2012. We are emailing to tell you about a Settleme may affect your legal rights. Please read this email carefully. Go to www.VideoPrivacyClass.com for more information.

A Settlement has been reached in a class action lawsuit that claims Netflix unlawfully kept and disclosed information, including recorc movies and TV shows its customers viewed. Netflix denies that it has done anything wrong.

### What does the Settlement provide?

Netflix has agreed to change its data retention practices so that it separates (known as "decoupling") Entertainment Content Viewing (that is, movies and TV shows that someone watched) from identification information for those subscribers who have not been a Netf subscriber for at least 365 days, with some exceptions.

In addition, Netflix will pay $9 million into a Settlement Fund to:
• Make donations to Court-approved not-for-profit organizations, institutions, or programs.
• Pay notice and settlement administration expenses.
• Pay attorneys' fees of up to 25% or $2.25 million of the Settlement Fund, plus up to $25,000 in expenses.
• Pay a total incentive award of $30,000 to the Named Plaintiffs.

Proposals from potential donation recipients will be sought, and, after consideration, recommendations will be made to the Court. A li proposed donation recipients will be posted on the website.

### Your Options

If you do nothing, you will remain in the Settlement and your rights will be affected. If you do not want to be included, you must excluc yourself by November 14, 2012. If you exclude yourself you will keep your right to sue Netflix about the claims in this lawsuit. If you re the Settlement, you can object to it by November 14, 2012.

The Court will hold a hearing on December 5, 2012 to consider any objections, whether to approve the Settlement, award attorneys' 1 incentive award. You can appear at the hearing, but you don't have to. You can hire your own attorney, at your own expense, to appe speak for you at the hearing.

**For more information: 1-866-898-5088    www.VideoPrivacyClass.com**
**PO Box 2750 Faribault, MN 55021-9750**

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended reci Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intende recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachmen thereto.

(over)

Barbara Salys
714 Chatham Rd.
Belton, TX 76513-6706

WACO TX 767

02 AUG 2012 PM 2 L



CLERK OF THE COURT  US DISTRIC[T]
COURT FOR THE NORTHERN DIST[.]
OF CA (SAN JOSE DIV.)
ROBERT F. PECKHAM FED. BL[T]
280 SOUTH 1 ST STREET
SAN JOSE, CA 95113

0.5:11-CV-00379-EJD