In re Netflix privacy litigation, no.5:11-cv-00379-EJD

Edna L. Williams
4308 begg
Saint Louis .mo 63121
3148526228

I am a member of this class action lawsuit.

I object to the settlement because it does not express that funds will not be distributed to any group that has expressed a stance on any religious/ politically volatile issue (gay marriage, abortion, etc.).

Respectfully,

Edna L. Williams

EDNA L. WILLIAMS


FILED
2012 AUG -6 P 5:16
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT



Edna L. Williams
4308 Begg Blvd.
Saint Louis, MO 63121



SAINT LOUIS MO 630

02 AUG 2012 PM 6 L



Clerk of the Court
United States District
Court for The Northern
District of California
(San Jose Division)
Robert F. Peckham
Federal Building
280 South 1ST Street
San Jose, CA 95113

95113309599