# MUSELLA
# FOUNDATION

BRAIN TUMOR RESEARCH
AND INFORMATION

**Executive Board**

Al Musella, DPM
*President*

Mitchell Siegel
*Vice President*

Steven Ruttgeizer
*Treasurer*

Neal P. Houslanger, DPM
*Secretary*

**Medical Advisory Board**

Keith Black, MD
*Cedars Sinai Medical Center*

Arno Fried, MD, FACS
*Hackensack Univ. Med. Center*

Henry Friedman, MD
*The Brain Tumor Center At Duke*

Roberta Hayes, Ph.D.
*New York, NY*

Gil Lederman, MD
*Radiosurgery NY*

Linda Liau, MD
*UCLA*

Mark Levin, MD
*NJ Medical School*

John R. Mangiardi, MD
*New York, NY*

Hideho Okada, MD, PhD
*Univ. Pittsburgh Cancer Institute*

Michael Schulder, MD
*North Shore University Hospital*

Virginia Stark-Vance, MD
*Fort Worth Hospital*

Stephen J. Thompson, MD
*Hackensack Univ. Med. Center*

Paul M. Zeltzer MD
*UCLA*

August 1, 2012

**Re: Netflix Lawsuit –
How to apply to become a charity beneficiary?**

Hi. I read about the Netflix lawsuit – and that the proceeds will be donated to selected charities. How can I nominate my charity organization to be a beneficiary of the class action lawsuit?

We are a 501(c)(3) nonprofit public charity dedicated to helping people with brain tumors. We would use the funds for either of our 2 main programs:

1. A patient copayment assistance program – where we help patients get access to expensive treatments
2. Funding brain tumor research

I am enclosing a copy of our brochures. If you would like more details on our organization, please contact me at 888-295-4740 or by email: musella@virtualtrials.com

Sincerely,

Al Musella, DPM
President

CC: 1. Netflix Privacy Settlement Administrator
2. Clerk of the Court
3. Jay Edelson
4. Keith E. Eggleton

1100 PENINSULA BLVD.

HEWLETT, NEW YORK 11557

Phone: 888-295-4740   Fax: 516-295-2870   E-Mail: info@virtualtrials.com   Web: http://www.virtualtrials.com



**MUSELLA**
FOUNDATION

1100 PENINSULA BLVD.

HEWLETT, NEW YORK 11557



Freed
FORE

Clerk of the Court
US District Court for
The Northern District of California
Robert F. Peckham
Federal Building
280 South 1ST Street
San Jose, CA 95113