**Betsy McNeill** _____ bmcneill@usa.net
PO Box 835
Wills Point, Texas 75169

Clerk of the Court, United States District Court
for The Northern District of California
(San Jose Division)
Robert F. Peckham
Federal Building
280 South 1st Street
San Jose, CA 95113

July 30, 2012

Dear Mr. Peckham:

Attached is my letter stating why I <u>**do not**</u> want to be a part of a lawsuit against Netflix.

I object to the lawsuit for the reasons I stated in my attached letter.

*If I understand what is going on and I believe I do,* I find the actions of the attorneys to be nauseating and I want to have no part in it.

Who are they to decide that we Netflix users don't want our information used? And who are they to sue Netflix, using my account as an excuse? And who are they to get monetary gain from butting-in to my business? And what makes me even madder is that the non-profit organizations will get money - but only to make the law firm look like Good Samaritans, when actually they are simply greedy lawyers.

If my Netflix information were so important and it were used in a manner to really harm me, then I and all account holders like me would be receiving money.

This whole thing stinks to high heaven.

Sincerely,

*Betsy McNeill*

Betsy McNeill