July 31, 2012

<u>In Re Netflix Privacy Litigation, No. 5-11-cv-00379-EJD</u>

**OBJECTION TO SETTLEMENT as being unfair and grossly unjust as to all class members.**

Settlement Class Member's Name: Edwin E. Boggess

Address: 1092 Annandale Rd.

New Berlin, Illinois 62670

217-785-4431

I, Edwin E. Boggess am a member of the settlement class in the above-entitled cause of action. I object to the settlement herein as all class members are not or have not been afforded the opportunity to participate in and/or receive a portion of the monetary benefit in this settlement. All negotiations and settlement proposals have been made without the knowledge of class members. The class members have not been apprised of or allowed participation in the settlement. All monies appear to go to a minority of class participants even though all members are affected by the settlement herein, with the attorneys garnering an exorbitant share of the proceeds from any settlement herein. This settlement is not fair to all members of the class. Even if future privacy rights change, the majority of class members have not been fairly or justly compensated for past misdeeds.

Sincerely,

*[signature]*

Edwin E. Boggess

Cc: Jay Edelson, Keith Eggleton

Edwin Boggess
1092 Annandale Rd.
New Berlin, IL 62670-6712

SPRINGFIELD IL 625

01 AUG 2012 PM 2 L

Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st. Street
San Jose, CA 95113

95113$3095