Brian Baker
29045 Raintree Lane
Saugus, CA 91390
661-296-2970

31 July 2012

Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
Chandler R. Givens
Edelson McGuire LLC
350 N. LaSalle, Suite 1300
Chicago, IL 60654

Keith E. Eggleton
Rodney G. Strickland
Dale R. Bish
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

In re Netflix Privacy Litigation, No. 5:11-cv-00379-EJD

Sirs:

I am a member of the settlement class.

I strongly oppose the proposed settlement of this case as it currently stands.

As stated on the litigation website, the attorneys who filed this suit are going to get 25% of the $9,000,000 settlement, which my math tells me is $2,250,000, plus $25,000 "expenses". Not a bad payday at all.

The six "named plaintiffs" are going to rake in $30,000 each.

Some unnamed "charities" are going to divvy up the rest of the pot.

The rest of us peons – the folks whose "rights" have supposedly been violated – are going to get exactly bupkes.

Where I come from, there's a word for that: "bullshit".

No wonder lawyers are considered the scum of the earth. Have any of you morons considered that maybe there's a more appropriate way to compensate the rest of the peasants? How about a rebate of part of our monthly dues? Anything? Bueller?

I've never before been part of a class action lawsuit – either willingly or unwillingly – in which the settlement didn't recompense ME in some way, as the supposedly "injured party".

If any of you cretins have any questions, don't hesitate to contact me… assuming you can communicate in common parlance. If not, let me know ahead of time and I'll try to have an interpreter handy who speaks Idiot.

*Brian Baker* (signature)

Brian Baker
29045 Raintree Lane
Saugus, CA 91390



Clerk of the Court
U.S. District Court for the Northern District
of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st St.
San Jose, CA 95113

95113309599