United States District Court,

San Jose Division

Northern District of California,

Case No. 5:11-CV-00379 EJD;

    Order to award Allen Sentell $39,086 to damages in the case afore mentioned. Allen Sentell is a non for profit organization that was affected by the ruling and is claiming payment of damages and expenses in the above amount. Allen Sentell is a Minister in the State of Tennessee operating though allensentell.org, allensentell.com 700w Broadway St. Lenoir City, TN. 37771 and where ever the Lord leadeth said person. Payment is expected directly to Allen Sentell, allensentell.com or the ceo/cfo Christina Sentell at the same address. This, The Allen Sentell, prays the Honorable court this day August 4, 2012 being a representative of himself for himself as our Creator has so established in sound mind and body, this citizen humbly prays, AMEN

*[Signature]* 8/6/12

St. of Tennessee
County of Loudon
On this date, 8-6-12, John Allen Sentell Jr.
signed document in my presence.

*Catherine A. Elrod*
Notary Public
my commission expires 7-8-14

[Notary Seal: CATHERINE A. ELROD — STATE OF TENNESSEE NOTARY PUBLIC — COUNTY OF LOUDON]

[FILED stamp: 2012 AUG 11 A 11: — RICHARD W. WIEKING CLERK U.S. DISTRICT COURT]

Rev John Allen Sentell
700 W. Broadway
L.L. TN 37771




United states distric Cou(rt)
280 South 1st st #4050
San Jose CA 95113

951133095