RE: Case No. 5:11-CV-00379 EJD                                    July 28th, 2012

Perry J. Rowe
111 E. Philip St.
Des Moines, IA 50315
Phone: 515-401-8247
rowe29@mchsi.com


Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113


May it please the court:

I strongly object to this Netflix Privacy Litigation lawsuit settlement on the following grounds:

1. The settlement amount, if awarded, exceeds a fair amount.
    a. The plaintiffs should receive $1.00.
    b. Plaintiffs should pay their own attorney fees.
    c. Plaintiffs should pay the defendants attorney fees.
2. If the lawsuit is dismissed;
    a. Plaintiffs should pay their own attorney fees.
    b. Plaintiffs should pay the defendants attorney fees.
3. Netflix does what Netflix does to better serve the preferences of their customers.

It is time to stop the frivolous, "I want your hard earned money", robbers.
Gold digger giddiness that is dreamt up by various plaintiffs, and acted on by unscrupulous "I will receive a lion's share", lawyers must cease. These law suits are filed by people with dollar signs in their eyes and not enough brains to start enterprises of their own. They attempt to redistribute wealth by taking it from those who earned it in order to line their own pockets.

Change must start somewhere. I hope this Court has the strength of conviction to see how these "I want my share of your money", class action lawsuits are hurting this country. It is time to make a stand against these modern day robber Barron carpet baggers.

In all sincerity,



Perry J. Rowe

owe
t Philip St.
ines, Iowa 50315-4114
We Trust



DES MOINES IA 500

29 JUL 2012 PM 1 L

**Clerk of the Court**
**United States District Court for**
**The Northern District of California (San Jose Division)**
**Robert F. Peckham Federal Building**
**280 South 1st Street**
**San Jose, CA 95113**

95113300299