17755 Foxwood Way
Boca Raton, FL 33487
August 20, 2012

Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Re:   In re Netflix Privacy Litigation, No. 5:11-cv-00379-EJD

Dear Clerk,

I object to the proposed settlement in the above-referenced lawsuit.

(a) My contact information is: Don W. Joe, 17755 Foxwood Way, Boca Raton, FL 33487, 972-768-5585, donwjoe@yahoo.com.

(b) I am a member of the Settlement Class.

(c) the proposed settlement pays $0 to members of the Settlement Class, but pays attorney's fees to plaintiff counsel and donations to not-for-profit organizations. I assume plaintiff counsel will select the not-for-profit organizations.

(d) I thought the purpose of lawsuits was to compensate the plaintiffs or class members who had suffered damages caused by defendants.

If an hourly rate would be less than a contingency fee, then I ask the judge to deny any contingency fee and award only an hourly rate and out of pocket expenses to plaintiff counsel.

I do not see how donations to not-for-profit organizations would compensate class members for any harm we have suffered. Therefore, I ask the judge to strike the donations to not-for-profit organizations from the settlement and to distribute the settlement fund to the class members. I prefer a credit to my Netflix bill which I could use for additional DVD rentals.

(e) I do not intend to appear.

Yours truly,

*[signature]*
Don W. Joe

cc:

Settlement Class Counsel

Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
Chandler R. Givens
Edelson McGuire LLC
350 N. LaSalle, Suite 1300
Chicago, IL 60654

Defendants' Counsel

Keith E. Eggleton
Rodney G. Strickland
Dale R. Bish
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Mr. Don Joe
17755 Foxwood Way
Boca Raton, FL 33487-2218



Clerk of the Court
U.S. District Court
N.D. Calif. (San Jose Division)
Robert Peckham Fed Bldg.
280 S. First St.
San Jose CA 95113

95113309599