To:   Clerk of the Court
      United States District Court for
      The Northern District of California (San Jose Division)
      Robert F. Peckham Federal Building
      280 South 1st Street
      San Jose, CA 95113

**FILED**
SEP 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Fr:   David Wiedwald
      7126 Brightwaters Court
      Liberty Township OH 45011
      513-777-9433

Dt:   August 31, 2012

Re:   Netflix Video Privacy Settlement Class Objection

On July 30, 2012, I received an email advising of the proposed Netflix Privacy Litigation (case #5-11-cv-00379-EJD) where I was advised I was a member of the Class Action settlement. The lawsuit here can best be described are dubious at best and is clearly an attempt by Jay Edelson, Rafey S. Balabanian, Ari J. Scharg, and Chandler R. Givens of Edelson McGuire LLC as Settlement Class Counsel to enrich themselves at the expense of Netflix and subscribers who will ultimately bear the cost of the settlement. For the record, I have no interest in Netflix whatsoever other than being a subscriber.

I find the legal fees allocated to settlement excessive and the settlement itself does nothing other than encourage attorney's to locate lead plantifs to file questionable claims. While I have no intention to appear at the hearing, I would recommend the court disallow the proposed settlement.

Thank you for considering the above.

Sincerely

*[signature]*

David R Wiedwald

CC

| Settlement Class Counsel | Defendants' Counsel |
|---|---|
| Jay Edelson<br>Rafey S. Balabanian<br>Ari J. Scharg<br>Chandler R. Givens<br>Edelson McGuire LLC<br>350 N. LaSalle, Suite 1300<br>Chicago, IL 60654 | Keith E. Eggleton<br>Rodney G. Strickland<br>Dale R. Bish<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304 |