Bernd Berg, 2011 E. Indianhead Dr., Tallahassee, FL 32301, USA.
Telephone 850-8944232.

To
Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Tallahassee, August 27, 2012

Reference: Netflix Privacy Litigation, No. 5:11-cv-00379-EJD.

To Whom It May Concern:

My name, current address and telephone number are given above and I am a member of the Settlement Class. I will not appear in court.

My specific objection to the settlement is that I find the proposed distribution of the $ 9 million settlement funds absurd. I cannot see a rational for awarding most of these funds to Court-approved not-for-profit organization, institutions, or programs, which are not directly connected to the case, and only the tiny fraction of $ 30,000 to the Named Plaintiffs. After attorneys' fees and other expenses the remaining settlement funds should entirely be awarded to the Named Plaintiffs.

**Only to the court:**

The whole idea of a class action law suit appears to me that class members are awarded damages that are too small to be pursued individually. So, I am not willing to spend major expenses on the prospect of a small award. This leads to the problem that I may not be able to serve these objections properly to the councils. I hope that the court find some remedy for that. Just in case that ordinary mail is sufficient, I have added stamped letters addressed to the councils and stating the above objection.

Sincerely,

(Bernd Berg)