Saturday, July 28, 2012
Case5:11-cv-00379-EJD

To: Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Attention: EDWARD J. DAVILA
United States District Judge

Regarding: Case5:11-cv-00379-EJD Document80 Filed07/05/12
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE: NETFLIX PRIVACY LITIGATION,
))
AMENDED ORDER GRANTING
MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION
SETTLEMENT
(Re: Docket No. 76)

(a).From: Brian C. Bass
General Delivery
Bellingham, WA 98225
e-mail: m4thRight@Gmail.com
Cell Ph: 360.303.4608

FILED
SEP 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

My Statement,

(b) My membership in Netflix dates from May 21, 2012.
(c) Grounds of my objection: One of the features of Netflix which makes this service of greater value to me is coupling my tastes with the product inventory providing me with opportunity to evaluate what I have been served thus allowing Netflix to offer other inventory items which I might find of interest. This service is of benefit. Since I am not viewing child pornography or terrorist training materials I feel that my viewing is both legal and moral.
(d) No documents proffered.
(e) I do not intend to attend any hearings unless by subpoena for telephonic participation.

I certify under penalty of contempt that the above statement is mine without duress and is a true and accurate statement of my beliefs and feelings.

Brian C. Bass                    08/28/2012

Copies to: Settlement Class Counsel and Defendants' Counsel
✓   ✓     same date