In re Netflix Privacy Litigation, No 5:11-cv-00379-EJD

I am Sharlana Turner a member of the Settlement Class and I would like to object to the settlement. I would like to be included in the lawsuit against Netflix. I am a full time student and most likely won't be able to attend the Hearing on November 14th, 2012 but I will try my best to attend any future court dates.
Thank you,

Sharlana Turner

2233 9th street apt 5
Berkeley, CA, 94710
(510) 485-3147 or (510) 467-6144
tsharlana@yahoo.com



FILED
SEP 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE