To whom it may concern:

I received an email stating that there was a lawsuit pending against Netflix. However due to this not pertaining to me, I wish to not partake in any legal action against the Netflix corporation. Please remove my name from any documents pertaining to this case.

Thank you,

*[signature: Amber R Brown]*

Amber Brown

**FILED**
SEP 5 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE