Richard E. Maine
2827 W Ave N-8
Palmdale, CA 93551

661-947-4897

August 27, 2012

Clerk of US District Court for Northern District of CA (San Jose Div)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

FILED

SEP 1 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

In re: Netflix Privacy Litigation, No. 5:11-cv-00379-EJD

Dear Sir or Madam:

I am a member of the settlement class in the subject suit. As such a member, I object to the proposed settlement on the grounds that the proposed attorneys' fees of 2.5 million dollars are obscene. I am well aware that such obscene fees are typical of class action suits, but that does not make them any more reasonable. Rather, the acceptance of this detracts from the reputation of the entire legal system and strongly reinforces the impression that the system serves primarily as a means to enrich lawyers.

This whole suit strikes me as little more than legalized extortion of the defendants. The grounds for the suit are flimsy at best. There was no harm done to the class members in the first place and the proposed settlement has no benefits to the individual class members. As far as I can tell, the only role that the class members play in this at all is as excuses for the extortion of the attorney's fees. Nothing here is actually worth my time in composing this letter, which I am doing out of principle rather than for gain.

I also object to the incentive award to the named plaintiffs. They deserve more to be punished than incentivized for participating in this farce of extortion.

I do not intend to appear at the hearing, but will let this written objection speak for me.

Copies have been sent to the court, the class counsel, and the defense counsel.

Sincerely,

*[signature]*

Richard E. Maine