September 19, 2012

To whom it may concern:

My name is Danielle Alvarado and I have recently received an email regarding a class action lawsuit which affects me. The email stated that my privacy rights were violated on or before July 5, 2012. The notice did not state to which parties Netflix.com disclosed my private information. A copy of the notice is on the other side of this paper. I am responding because I am concerned about which corporations or private entities have my private information and I wish to to be represented in the class action lawsuit. I can be emailed at that-fish@gmail.com. Your response is greatly appreciated in advance.

Sincerely,
Danielle Alvarado

REMAINING IN THE CLASS

### 6. What am I giving up if I stay in the Class?

If the Settlement becomes final, you will give up your right to sue Netflix for the claims being resolved by this Settlement. The specific claims you are giving up against Netflix are described in Section 3 of the Settlement Agreement. You will also be "releasing" Netflix and all related people as described in Section 3 of the Settlement Agreement. Unless you exclude yourself (see Question 8), you are "releasing" these claims. The Settlement Agreement is available at www.VideoPrivacyClass.com.

The Settlement Agreement describes the released claims with specific descriptions, so read it carefully. If you have any questions, you can talk to Class Counsel listed in Question 12 for free or you can, of course, talk to your own lawyer if you have questions about what this means.

### 7. What happens if I do nothing at all?

If you do nothing, you will not be able to start a lawsuit or be part of any other lawsuit against Netflix for the claims being resolved by this Settlement.

EXCLUDING YOURSELF FROM THE SETTLEMENT

### 8. How do I get out of the Settlement Class?

To exclude yourself from the Settlement, you must send a letter (or request for exclusion) by mail stating that you want to be excluded from the Class in *In re Netflix Privacy Litigation*, No. 5:11-cv-00379-EJD. Your exclusion request must include your name, address, telephone number, signature, and a signed statement to the effect that: "I/We hereby request to be excluded from the proposed Settlement Class in In re Netflix Privacy Litigation." You must mail your exclusion request no later than **November 14, 2012** to:

> Netflix Privacy Settlement Administrator
> PO Box 2750
> Faribault, MN 55021-9750

### 9. If I don't exclude myself, can I sue Netflix for the same thing later?

No. Unless you exclude yourself, you give up any right to sue Netflix for the claims being resolved by this Settlement, including the alleged retention and disclosure of Plaintiffs' and the Settlement Class's personally identifiable information and Entertainment Content Viewing History.

OBJECTING TO THE SETTLEMENT

### 10. How can I object to the Settlement?

If you do not exclude yourself from the Settlement Class, you or your attorney can object to the Settlement and have the right to appear before the Court to do so. The objection must be in writing and include the case name *In re Netflix Privacy Litigation*, No. 5:11-cv-00379-EJD, and: (a) your full name, current address and telephone number; (b) a statement that you are a member of the Settlement Class; (c) the specific grounds for your objection; (d) all documents or writings that you want the Court to consider; and (e) a notice of intention to appear (if any).

If you want to appear and speak at the Fairness Hearing to object to the Settlement, with or without a lawyer (explained below in the answer to Question 15), you must say so in your letter or brief. Mail the objection to these four different places postmarked no later than **November 14, 2012**:

| Court | Class Counsel | Defense Counsel |
|---|---|---|
| Clerk of the Court<br>United States District Court for The Northern District of California (San Jose Division)<br>Robert F. Peckham Federal Building<br>280 South 1ST Street<br>San Jose, CA 95113 | Jay Edelson<br>Rafey S. Balabanian<br>Ari J. Scharg<br>Chandler R. Givens<br>Edelson McGuire LLC<br>350 N. LaSalle, Suite 1300<br>Chicago, IL 60654 | Keith E. Eggleton<br>Rodney Strickland<br>Dale Bish<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304 |

FOR MORE INFORMATION: CALL 1-866-898-5088 OR VISIT WWW.VIDEOPRIVACYCLASS.COM

Danielle Alvarado
1238 N. Hyperion Ave.
Los Angeles, CA 90029

LOS ANGELES CA 900
19 SEP 2012 PM 8 L

Clerk of the Court
United States District Court
for the Northern District of
California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113