9/18/12

To the U.S. Destrict Court Judge for the Northern District of Calif.,

I object to the settlement you are going to make with the Netflix company in the case called: In re Netflix Privacy Litigation, No. 5:11-cv-00379-EJD, on my behalf.

I believe, that as a Netflix subscriber, the compensation from the litigation, should be going to the subscribers, not to Not For Profit organizations. If we, as, subscribers, want to donate the compensation money, we should have the right to decide to whom we wish to give it, not the court.

We are the ones who have had our Video Privacy Protection violated and I feel, we should be the ones to be compensated.

Sincerely, William B. Woolley

William B. Woolley

Rose M. Woolley

Rose M. Woolley

142 Church Rd.

Johnstown, New York 12095

tele. # 518-762-0245

Wm. & Ross Woolley
142 Church Rd.
Johnstown, New York 12095

ALBANY NY 120

18 SEP 2012 PM 1 L

Clerk of the Court
U.S. District Court (San Jose Division)
Robert F. Peckham Federal Bld.
280 S. 1st Street
San Jose, Calif. 95113

95113309599