

David D'Souza
7201 Holly Hill Drive
Mercer Island, WA 98040

T 206-905-4030
davidds@daveandlinda.com

re Netflix Privacy Litigation, No. 5:11-cv-00379-EJD

August 28, 2012

Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Dear Court Clerk,

I, David D'Souza, am a member of the Netflix Case No. 5:11-cv-00379-EJD settlement class with my name, address, and phone number listed above. I have been a Netflix subscriber prior to July 5, 2012 and remain a Netflix subscriber.

I am writing to object to the settlement. I do not believe I was harmed by Netflix's practices. As there are no settlement funds for subscribers, it seems to suggest all parties (Netflix and Settlement Class) concur. Additionally, I believe this lawsuit is frivolous and primarily benefits disinterested third parties without regard to the welfare of the supposedly harmed subscribers hence I also object to the unfair nature of the payments to the 3rd parties. Such payments will likely negatively impact subscribers as it prevents Netflix from delivering a quality service.

I will not be able to attend the fairness hearing but do consider this letter a formal statement of my objection.

Sincerely yours,

David D'Souza

David DSouza
7201 Holly Hill Dr
Mercer Island WA
98040

SEATTLE WA 980

29 AUG 2012 PM 2 L



Clerk of the Court
US District Court for Northern District of CA
Robert F Peckham Federal Bldg
280 South 1st Street
San Jose, CA 95113

95113309599