Elizabeth Cammack
PO Box 1760
Kihei, HI 96753
July 31, 2012

Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

re Netflix Privacy Litigation, No. 5:11-cv-00379-EJD

I am Elizabeth Cammack, 26 Laukahi St, Kihei, HI 96753, tel: 808 280 0414, email: betsycammack@yahoo.com. I am a member of the Settlement Class and object to the whole suit as I find Netflix has done nothing wrong, and in fact tht maintaining the information can be very helpful. It enables a subscriber to start up with the information saved and saves them a lot of time should they stop being a subscriber for any reason and restart later! I moved abroad temporarily and was very glad to be able to move back and restart Netflix where I left off; Netflix should not be fined at all. Instead require Netflix to ask subscribers if they want their information stored or not. The lawyers should get nothing because it is a frivolous suit. I will not be able to appear but would like to voice that I feel that Netflix's practice did not harm subscribers and could have helped some because they maintain the information. **I recommend that that going forward since some people have objected to the practice that Netflix give the subscribers the option of maintaining the information or not and that there is no fine or award at all.** The suit is unfair towards Netflix and simply a manner for lawyers to make a living.

Sincerely,

*Elizabeth Cammack* (signature)

Elizabeth Cammack

Betsy Cammack
26 Laukahi Street
Kihei, HI  96753 USA



24 SEP 2012 PM 1 L

Re: Netflix
US District Court
Northern District of Calif.
Robert F Peckham Federal Bldg
280 S. 1st St.
San Jose, CA  95113