9/15/12

To whom it may Concern,

My name is Jose, Antonio, Ariguzrnaga Santos and I was a netflix Costumer, they over charge my card, and gave my Information to other Vendors. So Yes I want them to be Sued. And I want to be a part of the Class

Sincerely [signature]

60 Piping rock Road
Glen head NY 11545
(203) 917-1872.

from Jose Antonio Angusraga
60 piping rock road
Glend head NY 11545



Netflix.
Class action

TO: Clerk of court
Robert F. Peckham Federal Build
280 South 1st Street
San Jose, CA 95113

951133300&