TO whom it may ConcerN

My husband and I were Netflix Costumer's and we were over charged my debit Card was charged almost $40:00 when it was suppose to be 7.00 And then Walmart, walgreen and every one Started to Send me emails because of them. Saying so yes I want them to be sued. and I will stay in the class action

Licheant Velez

2232 Davidson Ave apt 41B
BX NY 10453

(203) (203) (203) 917-1990

Case5:11-cv-00379-EJD Document177 Filed10/03/12 Page2 of 2

Licheant Velez
2232 Davidson Ave apt 41B
Bronx N.Y. 10453

HICKSVILLE NY 11802
SEP 18 2012
USPS

Netflix class action

TO: Clerk of Court
Robert F. Peckham Federal
280 South 1st street
San Jose, CA 95113

95113$2706