10/06/12

RE: Netflix Privacy Litigation, No. 5:11-cv-00379-EJD

**TO ALL FOLLOWING PARTIES:**
Clerk of the Court
United States District Court for
The Northern District of California (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Settlement Class Counsel
Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
Chandler R. Givens
Edelson McGuire LLC
350 N. LaSalle, Suite 1300
Chicago, IL 60654

Defendants' Counsel
Keith E. Eggleton
Rodney G. Strickland
Dale R. Bish
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

RE: Netflix Privacy Litigation, No. 5:11-cv-00379-EJD
**For benefit of the following class member:**
Brock T Brown
6666 Beadnell Way #5
San Diego, CA 92117
(858) 736-9265
zodd2@hotmail.com

I, Brock Brown, am a member of the Settlement Class for this case. I object to my name and information being used as part of this settlement when there is no benefit to myself or to my family. Therefore it is my wish that my identity and information will not be used in this manner.

I do not intend to attend this hearing nor will any attorney represent me at the hearing. Please reply by mail or by email that you have received and have acted upon my request.

Sincerely,

Brock Brown