JAMES PHILIP RENKEN
Class Member *pro se*
41 Schermerhorn Street, PMB 335
Brooklyn, New York 11201-4802
(718) 797-3097
james@renken.me



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| IN RE: NETFLIX PRIVACY LITIGATION | Case No. **5:11-CV-00379-EJD** Hon. Edward J. Davila |
|---|---|
| | **OBJECTION** |

I am a member of the Settlement Class in this action. My current contact information is above. I object to the proposed settlement.

The Class simply would not benefit from this settlement. As other objectors have described, the proposed injunctions are weak, and counsel stand to gain an enormous fee while class members would receive absolutely nothing.

I urge the Court to "assume the role of fiduciary for the class plaintiffs," *In re: Washington Public Power Supply System Securities Litigation*, 19 F.3d 1291, 1302 (9th Cir. 1994) (citations omitted), and require *some*, even nominal, form of compensation for the Class.

Respectfully submitted,

Dated: October 8, 2012

JAMES PHILIP RENKEN
Class Member *pro se*

Brooklyn, New York

Renken Objection - In re: Netflix Privacy Litigation, Case No. **5:11-CV-00379-EJD**

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on October 8th, 2012, I filed the foregoing Objection with the Clerk of the Court and served true copies upon class counsel and defense counsel, all by First Class Mail to the addresses below, in accordance with the Settlement Notice's instructions.

Clerk of the Court
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
    (SAN JOSE DIVISION)
Robert F. Peckham Federal Building
280 South 1st Street, 2nd Floor
San Jose, California 95113-3095

Mr. Jay Edelson
Mr. Rafey S. Balabanian
Mr. Ari J. Scharg
Mr. Chandler R. Givens
EDELSON MCGUIRE, LLC
350 North LaSalle Drive, Suite 1300
Chicago, Illinois 60654-7582

Mr. Keith E. Eggleton
Mr. Rodney G. Strickland, Jr.
Mr. Dale R. Bish
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1001

Dated: October 8, 2012

Brooklyn, New York

JAMES PHILIP RENKEN
Class Member *pro se*