CONNELL MAYO
16 REDLEAF CIRCLE
LITTLE ROCK, AR 72210

OCTOBER 20, 2012

CLERK OF THE COURT
U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)
ROBERT F. PECKHAM FEDERAL BUILDING
280 SOUTH 1ST STREET
SAN JOSE, CALIFORNIA 95113

PURPOSE: TO FILE AN OBJECTION IN WRITING TO
TO: NETFLIX PRIVACY LITIGATION
No. 5:11-CV-00379-EJD

MY NAME IS: CONNELL MAYO
MY ADDRESS IS: 16 REDLEAF CIRCLE
LITTLE ROCK, AR 72210-4729
MY TELEPHONE NUMBER IS: (501) 246-0583

MY STATEMENT IS SIMPLY:
I am a MEMBER OF THE SETTLEMENT CLASS!

SPECIFIC GROUNDS FOR MY OBJECTION AND DOCUMENTATION ARE WITHIN THE WRITING OF THIS LETTER.

I WOULD LIKE THE COURT TO CONSIDER:

THAT ALTHOUGH NETFLIX IS DENYING THE ALLEGATIONS BROUGHT AGAINST THE COMPANY, THE FACT THAT NETFLIX HAS ENTERED INTO A SETTLEMENT AGREEMENT LEADS ME TO BELIEVE THAT A RATIONALLY THINKING PERSON WOULD CONCLUDE THAT SOME, IF NOT ALL OF

The allegations are true. That being the case, the plaintiffs should not be the only people to receive compensation for Netflix's actions.

My personal identifiable information has also been compromised. Although the court has mandated that the majority of the settlement funds be awarded to charitable organizations (which is a very honorable thing to do), I feel that other private citizens whom rights has been violated, deserve equal compensation as the plantiffs.

So, I voice my objections.

I will not be attending the court proceedings.

Thank you,

Connell Mayo

Koh
13330 Noel Rd. #1129
Dallas, TX 75240

22 OCT 2012 PM 3 L

U.S. District Court (San Jose Division)
Robert F. Peckham Federal Building
280 South 1st St.
San Jose, CA 95113

95113309599