SEAN P. REIS (sreis@edelson.com) – SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)*
RAFEY S. BALABANIAN (rbalabanian@edelson.com)*
ARI J. SCHARG (ascharg@edelson.com)*
CHANDLER R. GIVENS (cgivens@edelson.com)*
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED MOTION FOR AND MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**<br><br>[Hon. Edward J. Davila] |

Plaintiffs Jeff Milans and Peter Comstock, through their undersigned counsel, pursuant to Civil Local Rule 7-11, respectfully request that this Honorable Court enter an Order granting them leave to file a Motion for and Memorandum in Support of Final

Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award in excess of twenty-five (25) pages. In support of this Administrative Motion, Plaintiffs state as follows:

1. On July 5, 2012, the Court granted preliminary approval of the Parties' Class Action Settlement Agreement (the "Settlement"), which, if finally approved, will resolve all claims asserted against Defendant Netflix, Inc. in this action. (Dkt. No. 80.)

2. The Court has scheduled a final fairness hearing for December 5, 2012, at which time the Court will consider whether the Settlement is fair, reasonable and adequate, and should be granted final approval. (Dkt. No. 80.)

3. Prior to the fairness hearing and per the Court's preliminary approval Order, Plaintiffs intend to file their Motion for and Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award. This motion will address a number of issues, including: (i) the terms of the Settlement and notice plan, (ii) the fairness of the Settlement under federal standards, and (iii) the reasonableness of Plaintiffs' request for an award of attorneys' fees, expenses, and an incentive award.

4. To adequately address each of these issues and to provide the Court with a complete record of these proceedings and the Parties' Settlement, Plaintiffs believe in good faith that the filing of a Motion for and Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award in excess of 25 pages will be necessary.

5. While Plaintiffs are still in the process of finalizing their motion and supporting memorandum, they are confident that they can fully and effectively present the materials in fewer than 50 pages.

6. Plaintiffs' counsel has conferred with counsel for Defendant, and as set forth in the declaration attached hereto as Exhibit A, Defendant's counsel has no objection to Plaintiffs filing a Motion for and Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award in excess of 25

pages and up to 50 pages in length.

WHEREFORE, Plaintiffs Jeff Milans and Peter Comstock, individually and on behalf of all others similarly situated, respectfully request that the Court enter an Order (i) granting them leave to file their Motion for and Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award totaling up to 50 pages in length, and (ii) awarding such other and further relief as the Court deems equitable and just.

Dated: October 26, 2012  Respectfully Submitted,

**Jeff Milans and Peter Comstock**, individually and on behalf of classes of similarly situated individuals,

By:/s/ Rafey S. Balabanian
One of Plaintiffs' Attorneys

SEAN P. REIS (sreis@edelson.com) – SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)*
RAFEY S. BALABANIAN (rbalabanian@edelson.com)*
ARI J. SCHARG (ascharg@edelson.com)*
CHANDLER R. GIVENS (cgivens@edelson.com)*
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class*

PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERSIZED MOTION     3     CASE NO. 5:11-CV-00379-EJD

**CERTIFICATE OF SERVICE**

  I, Sean P. Reis, an attorney, certify that, on October 26, 2012, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

                /s/ Sean P. Reis