# EXHIBIT A

SEAN P. REIS (sreis@edelson.com) – SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)*
RAFEY S. BALABANIAN (rbalabanian@edelson.com)*
ARI J. SCHARG (ascharg@edelson.com)*
CHANDLER R. GIVENS (cgivens@edelson.com)*
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>**DECLARATION IN SUPPORT OF PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED MOTION FOR AND MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**<br><br>[Hon. Edward J. Davila] |

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge unless otherwise indicated.

---

DECLARATION IN SUPPORT OF AMENDED  CASE NO. 5:11-CV-00379-EJD
MOTION TO FILE AN OVERSIZED MOTION

2. I am an attorney admitted to practice *pro hac vice* in the United States District Court for the Northern District of California.

3. I am a partner at the law firm of Edelson McGuire, LLC, which has been retained to represent the named Plaintiffs in this matter.

4. I make this declaration in support of Plaintiffs' Amended Administrative Motion for Leave to File an Oversized Motion for and Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award.

5. Plaintiffs' Motion for and Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award is currently due on October 31, 2012.

6. Pursuant to Civil Local Rule 7-2(b), absent an Order from the Court, Plaintiffs' motion and memorandum would be limited to 25 pages in length.

7. Plaintiffs in good faith believe that a Motion for and Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award in excess of 25 pages will be necessary to fully and effectively set forth the relevant facts and arguments.

8. Plaintiffs filed an administrative motion with this Court on Friday, October 26, 2012 requesting leave to file a Motion and Memorandum in excess of 25 pages and up to 50 pages—but, upon further review, reasonably believe that additional pages will be required.

9. Accordingly, Plaintiffs' counsel has spoken with Defendant's counsel and, while Defendant's counsel indicated that they were unable to review and sign a stipulation today (because they are traveling), Defendant's counsel indicated that they have no objection to Plaintiffs filing a Motion for and Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award in excess of 25 pages and up to 60 pages.

I declare under penalty of perjury that the foregoing is true and correct.

1 | Executed on October 29, 2012 at Chicago, Illinois.

/s/ Rafey S. Balabanian
Rafey S. Balabanian