UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED MOTION FOR AND MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**<br><br>[Hon. Edward J. Davila] |

The Court has considered the Amended Administrative Motion of Plaintiffs Jeff Milans and Peter Comstock for an Order granting them leave to file a Motion for and Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award in excess of 25 pages and the Declaration of Rafey S. Balabanian submitted therewith.

Good cause shown, the Court hereby ORDERS that Plaintiffs shall have leave to file a motion and memorandum in excess of 25 pages, and shall be permitted to file a Motion and Memorandum in Support of Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award that is up to 60 pages in length.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2012.

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING AMENDED
MOTION TO FILE AN OVERSIZED MOTION

CASE NO. 5:11-CV-00379-EJD