1  SEAN P. REIS (sreis@edelson.com) – SBN 184044
   EDELSON MCGUIRE LLP
2  30021 Tomas Street, Suite 300
   Rancho Santa Margarita, California 92688
3  Tel: (949) 459-2124
   Fax: (949) 459-2123
4
5  JAY EDELSON (jedelson@edelson.com)*
   RAFEY S. BALABANIAN (rbalabanian@edelson.com)*
6  ARI J. SCHARG (ascharg@edelson.com)*
   CHANDLER R. GIVENS (cgivens@edelson.com)*
7  EDELSON MCGUIRE LLC
   350 North LaSalle Street, Suite 1300
8  Chicago, Illinois 60654
   Tel: (312) 589-6370
9  Fax: (312) 589-6378
10
   *Admitted Pro Hac Vice
11
   Attorneys for Plaintiffs and the Putative Class
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD |
|---|---|
| | [Hon. Edward J. Davila] |
| | **NOTICE OF PROPOSED CY PRES AWARD RECIPIENTS** |
PLAINTIFFS' NOTICE OF PROPOSED *CY PRES* AWARD RECIPIENTS                    1                    Case No. 5:11-cv-00379-EJD

Plaintiffs Jeff Milans and Peter Comstock, by and through Class Counsel, hereby provide notice that the *cy pres* recipients selected by the Parties—for which they will seek the approval of the Court—were notified of their selection and corresponding disbursements listed below via e-mail and through the settlement website.[1]

| Recipient | Amount |
|---|---|
| Berkeley Center for Law & Technology | $182,110.37 |
| The Berkman Center for Internet and Society at Harvard University | $430,442.68 |
| Center for Democracy and Technology | $501,681.44 |
| Center for Digital Democracy | $200,672.58 |
| Center for Law + Innovation, University of Maine School of Law | $350,273.98 |
| Consumer Watchdog | $225,756.65 |
| Electronic Frontier Foundation (EFF) | $501,681.44 |
| Electronic Privacy Information Center (EPIC) | $501,681.44 |
| High Tech Law Institute of Santa Clara University School of Law | $172,839.29 |
| International Association of Privacy Professionals | $501,681.44 |
| The Markkula Center for Applied Ethics at Santa Clara University | $172,839.29 |
| New York University's Information Law Institute | $331,109.75 |
| Privacy & Technology Project, University of California Hastings College of the Law | $331,109.75 |
| Privacy Rights Clearinghouse | $175,588.50 |
| Rose Foundation for Communities and the Environment, Consumer Privacy Fund | $501,681.44 |
| Samuelson Law, Technology & Public Policy Clinic University of California, Berkeley School of Law | $182,110.36 |
| Stanford Law School Center for Internet and Society | $414,549.41 |
| United States Public Interest Research Group Education Fund | $200,672.58 |
| University of Southern California Gould School of Law | $357,598.53 |
| World Privacy Forum | $175,588.50 |

---

[1] The disbursement figures chosen assume Court approval of requested attorneys' fees and full outlay of administrative costs and expenses as initially budgeted by the Parties. Should these conditions change, the proposed disbursements will be adjusted, pro rata, commensurate to the new settlement fund size.

| | |
|---|---|
| November 1, 2012 | Respectfully Submitted, |
| | **JEFF MILANS and PETER COMSTOCK**, individually and on behalf of classes of similarly situated individuals, |
| | By: /s/ Jay Edelson<br>One of Plaintiffs' Attorneys |

SEAN P. REIS (sreis@edelson.com) – SBN 184044
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Phone: 949.459.2124
Fax:    949.459.2123

JAY EDELSON (jedelson@edelson.com)
RAFEY S. BALABANIAN (rbalabanian@edelson.com)
ARI J. SCHARG (ascharg@edelson.com)
CHANDLER R. GIVENS (cgivens@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Drive, Suite 1300
Chicago, Illinois 60654
Phone: 312.589.6370
Fax:    312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 1, 2012, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: November 1, 2012         /s/ Rafey S. Balabanian