1  Roy A. Katriel (SBN 265463)
   THE KATRIEL LAW FIRM
2  12707 High Bluff Drive, Suite 200
   San Diego, California 92130
3  Telephone: (858) 350-4342
   Facsimile: (858) 430-3719
4  e-mail: rak@katriellaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Civil Action No. 5:11-cv-0379 EJD<br><br>DECLARATION OF LISA B. KATRIEL<br><br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor<br>Hearing Date: Dec. 5, 2012, 10:00 a.m. |

I, Lisa B. Katriel, declare:

1. I am a resident of San Diego County in California, and over eighteen years of age, and make this Declaration of my own personal knowledge in support of my objection to the proposed Class Action Settlement in this matter.

2. Attached hereto as Exhibit 1 is a true and correct copy of the e-mailed notice I received from the Settlement Administrator informing me of the proposed class action settlement in this action.

3. I am a former subscriber of Netflix, having subscribed in 2008, and cancelled my subscription in mid-2012.

4. For the reasons set forth in the accompanying Memorandum being filed herewith, I object to the proposed Class Action Settlement because it is unfair and unreasonable, and the purported class representatives do not adequately represent my legal interests.

Executed this 14th day of November 2012 in San Diego, California

*Lisa B. Katriel*

Fwd: Video Privacy Lawsuit – Current and Former Netflix Subscribers                                TO: 1 recipient  Show Details

Sent from my iPad

Begin forwarded message:

**From:** Online DVD Class Action Administrator <noreply@videoprivacyclass.com>
**Date:** July 26, 2012 8:29:26 PM PDT
**To:** lbkatriel@yahoo.com
**Subject: Video Privacy Lawsuit – Current and Former Netflix Subscribers**

### If You Are a Current or Former Netflix Subscriber
### A Class Action Settlement Could Affect You

*Para una notificación en Español, llamar o visitar www.VideoPrivacyClass.com*

Our records show that you were a current or former Netflix subscriber as of July 5, 2012. We are emailing to tell you about a Settlement that may affect your legal rights. Please read this email carefully. Go to www.VideoPrivacyClass.com for more information.

A Settlement has been reached in a class action lawsuit that claims Netflix unlawfully kept and disclosed information, including records on the movies and TV shows its customers viewed. Netflix denies that it has done anything wrong.

### What does the Settlement provide?

Netflix has agreed to change its data retention practices so that it separates (known as "decoupling") Entertainment Content Viewing History (that is, movies and TV shows that someone watched) from identification information for those subscribers who have not been a Netflix subscriber for at least 365 days, with some exceptions.

In addition, Netflix will pay $9 million into a Settlement Fund to:
• Make donations to Court-approved not-for-profit organizations, institutions, or programs.
• Pay notice and settlement administration expenses.
• Pay attorneys' fees of up to 25% or $2.25 million of the Settlement Fund, plus up to $25,000 in expenses.
• Pay a total incentive award of $30,000 to the Named Plaintiffs.

Proposals from potential donation recipients will be sought, and, after consideration, recommendations will be made to the Court. A list of the proposed donation recipients will be posted on the website.

### Your Options

If you do nothing, you will remain in the Settlement and your rights will be affected. If you do not want to be included, you must exclude yourself by November 14, 2012. If you exclude yourself you will keep your right to sue Netflix about the claims in this lawsuit. If you remain in the Settlement, you can object to it by November 14, 2012.

The Court will hold a hearing on December 5, 2012 to consider any objections, whether to approve the Settlement, award attorneys' fees, and incentive award. You can appear at the hearing, but you don't have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**For more information:**   www.VideoPrivacyClass.com
PO Box 2750 Faribault, MN 55021-9750

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

EXHIBIT1