

# BIG BROTHER / BIG SISTER FOUNDATION, INC.

5 Mear Road
Holbrook, MA 02343
Phone: (774) 776-7200
Fax: (774) 776-7250



FILED

NOV 16 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court
Northern District of California, San Jose Division
280 South 1st Street
San Jose CA 95113

November 5, 2012

Madam / Sir:

In respect to the Netflix settlement of

Case No. 5:11-CV-00379 EJD
United States District Court
Northern District of California, San Jose Division

I ask the court to consider the Big Brother Big Sister Foundation to be added to the list of approved not-for-profit organizations that will receive donations from the Netflix Settlement Fund.

The Foundation is a 501(c)3 charitable organization that helps to fund the work of twelve Big Brothers Big Sisters mentoring organizations in three different states. These Big Brothers Big Sisters organizations provide professionally supported mentors to more than 20,000 at-risk children annually. Mentors become a significant part of an otherwise missing or lacking social support system for children aged 7 through 16.

Independent studies have evaluated the impact of Big Brothers Big Sisters program offerings. A private ventures study found that a Little Brother or Little Sister (a.k.a. a "Little") who is matched for one year or more in a one-to-one mentorship is more likely to graduate from high school, attend college and demonstrate more respect for adults. Littles are also more likely to avoid alcohol, drugs and violence. When compared with their peers, Little Brothers and Sisters are:

- 46% less likely to start using drugs
- 27% less likely to start drinking
- 52% less likely to skip a day of school
- more trusting of their guardians and less likely to lie to them.

Click here for a PDF version of the P/PV study.

A survey conducted by Harris Interactive illustrates the long-term impact of having a Big Brother or Big Sister:

- 62% perceive themselves to have achieved a higher level of success than their peers who did not have a Big
- 81% say their Big changed their perspective on what they thought possible in life
- 77% set higher goals than they would have on their own
- A significant majority say they learned right from wrong, the importance of helping others and other things they would not have otherwise learned
- 77% say they did better in school because of their Big and 52% agree that their Big kept them from dropping out of high school
- A significant majority say their relationship with their Big helped a lot in making better choices through their childhood and throughout adult life

Click here for a PDF version of the HI study.

The positive ripple effect of this program is felt daily by our schools, communities and neighborhoods. Alas, there are thousands of additional children that could benefit from this program should additional funding be made available. Hundreds of children are already on a waiting list for a big brother or sister. A donation from this settlement could make a life altering difference in the lives of at-risk boys and girls.

Please consider us for approval by the court to be included in the not-for-profit donation list.

Many thanks for your time and consideration.

Sincerely,

Steven Beck
Executive Director
Big Brother Big Sister Foundation
5 Mear Road
Holbrook MA 02343
339.832.7067
www.bbbsfoundation.org
EIN 04-332872


**BIG BROTHER / BIG SISTER FOUNDATION, INC.**

5 Mear Road
Holbrook, MA 02343



BROCKTON MA 023

09 NOV 2012 PM 2 T

US District Court
Northern District of CA, San Jose Division
280 South 1st St
San Jose CA 95113

9511333095