Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Netflix Privacy Litigation )
) Case No: 5:11-cv-00379
)
Plaintiff(s), ) APPLICATION FOR
) ADMISSION OF ATTORNEY
v. ) PRO HAC VICE
) (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s). )
)

I, Christopher A. Bandas, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Bradley Schulz in the above-entitled action. My local co-counsel in this case is Timothy Hanigan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 500 N. Shoreline, Ste. 1020 | 21550 Oxnard St., Ste. 760 |
| Corpus Christi, Texas 78401-0353 | Wodland Hills, CA 91367 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (361) 698-5200 | (818) 883-5644 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cbandas@bandaslawfirm.com | tihanigan@gmail.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00787637.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/14/12

Christopher A. Bandas
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Christopher A. Bandas is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                          October 2012

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

November 15, 2012

RE: **Mr. Christopher Andres Bandas**
State Bar Number - **00787637**

To Whom it May Concern:

This is to certify that Mr. Christopher Andres Bandas was licensed to practice law in Texas on November 05, 1993 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh