SEAN P. REIS (sreis@edelson.com) – SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)*
RAFEY S. BALABANIAN (rbalabanian@edelson.com)*
ARI J. SCHARG (ascharg@edelson.com)*
CHANDLER R. GIVENS (cgivens@edelson.com)*
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**<br><br>[Hon. Edward J. Davila] |

Plaintiffs Jeff Milans and Peter Comstock ("Plaintiffs"), through their undersigned counsel, pursuant to Civil Local Rule 7-11, respectfully request that this Honorable Court enter an Order granting them leave to file a Reply Memorandum in Support of Motion for

1  Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and

2  Incentive Award in excess of fifteen (15) pages. In support of this Administrative Motion,

3  Plaintiffs state as follows:

4      1.    On October 31, 2012, Plaintiffs filed their Motion for Final Approval of Class

5  Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award. (Dkt. No.

6  191.)

7      2.    Pursuant to this Court's Order granting preliminary approval of the Parties'

8  Class Action Settlement (Dkt. No. 80) and the Settlement Agreement incorporated by that

9  Order (Dkt. No. 76-1, § 5.6), "[t]he Parties . . . have the right to respond to any objection [to

10 the Settlement] no later than seven (7) days prior to the Final Approval Hearing by filing a

11 response with the Court that should also be served . . . on the objector (or counsel for the

12 objector) and to counsel for the other Party in the Action."

13     3.    As of this filing, over one hundred (100) objections have been made to the

14 Settlement. While some objections span between one and five pages in length (*see*, *e.g.*, Dkt.

15 No. 213 (two page objection)), others—particularly those filed at or near the objection

16 deadline by so-called "professional objectors"—exceed fifteen or more pages (*see*, *e.g.*, Dkt.

17 No. 201 (28 page objection)).

18     4.    Plaintiffs plan on responding to each objection made to the Settlement.

19     5.    In the interests of efficiency, and rather than filing over one hundred separate

20 responses, Plaintiffs intend on filing a single response that addresses each and every

21 objection in the form of a Reply Memorandum in Support of Plaintiffs' Motion for Final

22 Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive

23 Award.

24     6.    Under Civil Local Rule 7-4(b), reply memoranda may not exceed 15 pages

25 absent leave of Court.

26     7.    To adequately address each objection in a single memorandum, Plaintiffs

27 believe in good faith that the filing of a Reply Memorandum in Support of their Motion for

28

Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award in excess of 15 pages will be necessary.

8.      Plaintiffs are confident that they can fully and effectively respond to every objection to the Settlement in fewer than 60 pages.

9.      Plaintiffs' counsel have conferred with counsel for Defendant, and as set forth in the stipulation attached hereto as Exhibit A, Defendant's counsel has no objection to Plaintiffs filing a Reply Memorandum in Support of Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award in excess of 15 pages and up to 60 pages in length.

WHEREFORE, Plaintiffs Jeff Milans and Peter Comstock, individually and on behalf of all others similarly situated, respectfully request that the Court enter an Order (i) granting them leave to file a Reply Memorandum in Support of Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award of up to 60 pages in length, and (ii) awarding such other and further relief as the Court deems equitable and just.

Dated: November 26, 2012                    Respectfully Submitted,

**Jeff Milans and Peter Comstock**, individually and on behalf of classes of similarly situated individuals,

By:/s/ Rafey S. Balabanian
One of Plaintiffs' Attorneys

SEAN P. REIS (sreis@edelson.com) – SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)*
RAFEY S. BALABANIAN (rbalabanian@edelson.com)*
ARI J. SCHARG (ascharg@edelson.com)*
CHANDLER R. GIVENS (cgivens@edelson.com)*

EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I, Sean P. Reis, an attorney, certify that, on November 26, 2012, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

/s/ Sean P. Reis