SEAN P. REIS (sreis@edelson.com) – SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

*Attorney for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>**STIPULATION TO FILE AN OVERSIZED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**<br><br>[Hon. Edward J. Davila] |

WHEREAS, Plaintiffs' Reply Brief in Support of their Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award is due on November 28, 2012;

WHEREAS, pursuant to Civil L.R. 7-4(b), absent an Order from the Court, Plaintiffs' Reply Brief would be limited to 15-pages in length;

WHEREAS, Plaintiffs in good faith believe that a Reply brief—which responds to each of the over one hundred (100) objections to the Parties' Settlement in this matter—in excess of 15 pages will be necessary to fully and effectively set forth their arguments;

WHEREAS, Plaintiffs' counsel has spoken with Defendant's counsel, and Defendant's counsel has no objection to Plaintiffs filing a Reply Brief in Support of their

Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award in excess of 15 pages and up to 60 pages.

THEREFORE, IT IS STIPULATED by the Parties hereto, through their attorneys of record, pursuant to Civil L.R. 7-11 and 7-12, that Plaintiffs may file a Reply Brief in Support of their Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award of up to 60 pages in length.

IT IS SO STIPULATED.

Dated: November 26, 2012

By: /s/ Sean P. Reis

SEAN P. REIS (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON
(jedelson@edelson.com)*
RAFEY S. BALABANIAN
(rbalabanian@edelson.com)*
ARI J. SCHARG
(ascharg@edelson.com)*
CHANDLER R. GIVENS
(cgivens@edelson.com)*
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class*

Dated: November 26, 2012

By: /s/ Dale Bish

KEITH E. EGGLETON (SBN 159842)
(keggleton@wsgr.com)
RODNEY G. STRICKLAND (SBN 161934)
(rstrickland@wsgr.com)
DALE BISH (SBN 235390)
(dbish@wsgr.com)
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304
Tel: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendant*

NETFLIX, INC.

**CERTIFICATE OF SERVICE**

I, Sean P. Reis, an attorney, certify that, on November 26, 2012, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

/s/ Sean P. Reis