UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**<br><br>[Hon. Edward J. Davila] |

The Court has considered the Administrative Motion of Plaintiffs Jeff Milans and Peter Comstock for an Order granting them leave to file a Reply Memorandum in Support of Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award in excess of 15 pages and the Parties' stipulation for such relief.

Good cause shown, the Court hereby ORDERS that Plaintiffs shall have leave to file a memorandum in excess of 15 pages, and shall be permitted to file a Reply Memorandum in Support of Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award that is up to 60 pages in length.

**IT IS SO ORDERED.**

Dated this ____ day of _____, 2012.

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE