SEAN P. REIS (sreis@edelson.com) – SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Phone: 949.459.2124
Fax: 949.459.2123

*Attorney for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| *IN RE: NETFLIX PRIVACY LITIGATION* | Case No. 5:11-cv-00379-EJD<br><br>**STIPULATION TO AMEND SETTLEMENT AGREEMENT**<br><br>[Hon. Edward J. Davila] |

Pursuant to Civil Local Rule 7-12 and Section 8.1 of their Settlement Agreement (Dkt. 76-1), Plaintiffs Jeff Milans and Peter Comstock ("Plaintiffs") and Defendant Netflix, Inc. ("Defendant"), by and through their counsel or record, hereby request that this Court approve the below-described modification to their Settlement Agreement:

WHEREAS, in the time period between this Court's Amended Order Granting Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement (Dkt. 80) and Plaintiffs' filing of their Reply Brief in Support of their Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award, (Dkt. 226), one-hundred-nineteen (119) documents styled as "objections" were filed with the Court;

WHEREAS, pursuant to Section 5.5 of the Settlement Agreement, each objector was required to state whether he or she "intends to appear at the Final Approval Hearing with or without counsel" (Dkt. No. 226-2 § 5.5);

WHEREAS, only 14 objectors indicated that they either "planned to," "may," or "would try to" appear at the Final Approval Hearing, and two objectors indicated that they may appear by phone;

WHEREAS, Plaintiffs and Defendant each filed a response to the 119 "objections" on November 28, 2012, which, when combined and inclusive of all exhibits, span 347 pages in length (Dkt. Nos. 225 (Defendant's Response: five pages), 226 (Plaintiffs' Response: 342 pages));

WHEREAS, pursuant to the Court's Preliminary Approval Order (Dkt. No. 80) and Section 5.6 of the Parties' Settlement Agreement (Dkt. No. 76-1), the Parties must serve their responses by "regular mail, hand or overnight delivery" to each objector (or to counsel for each objector);

WHEREAS, this Court's Preliminary Approval Order and the Settlement Agreement additionally "authorize the Parties, without further approval from the Court, to agree to and adopt such amendments, modifications and expansions of [the] Agreement and its implementing documents (including all exhibits to [the] Agreement) so long as they are consistent in all material respects with the Settlement and Final Judgment and do not limit the rights of the Settlement Class Members" (Dkt. 76-1 § 8.1);

WHEREAS, the Parties desire to modify the Settlement Agreement such that they may serve their objection responses by: (1) posting the complete responses to the Settlement Website; (2) notifying each objector (or his or her counsel) in writing that the complete responses are available on the Settlement Website; (3) delivering such written notices to each objector (or his or her counsel) via hand delivery, regular mail, or overnight mail; and (4) additionally delivering full, printed copies of the Parties' responses (i.e., a complete 347 page document) to each objector (or his or her counsel) that indicated that he or she (or via his or her counsel) "planned to," "may," or "would try to" appear at the Final Approval Hearing, or may appear by phone;

WHEREAS, the Parties agree that such modification would be consistent in all material respects with the Settlement and would not limit the rights of any Settlement Class Member;

WHEREAS, the Parties additionally believe that, given the pendency of the Final Approval Hearing, it is in the best interests of the Settlement Class that this Court review and approve of any such modification at this juncture.

THEREFORE, IT IS STIPULATED by the Parties hereto, through their attorneys of record, pursuant to Civil L.R. 7-12, that the Settlement Agreement (Dkt. 76-1 § 5.6) is hereby modified such that the Parties may serve their objection responses on objecting Class Members by: (1) posting the complete responses to the Settlement Website; (2) notifying each objecting Class Member (or his or her counsel) in writing that the Parties' complete responses are available either by request or on the Settlement Website; (3) delivering such written notices to each objecting Class Member (or his or her counsel) via hand delivery, regular mail, or overnight mail; and (4) additionally delivering full, printed copies of the Parties' responses to each objecting Class Member (or his or her counsel) indicating that he or she (or via his or her counsel) "planned to," "may," or "would try to" appear at the Final Approval Hearing, or may appear by phone.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 29, 2012 | Dated: November 29, 2012 |
| By: /s/ Rafey. S. Balabanian | By: /s/ Keith E. Eggleton |
| JAY EDELSON<br>(jedelson@edelson.com)*<br>RAFEY S. BALABANIAN<br>(rbalabanian@edelson.com)*<br>ARI J. SCHARG<br>(ascharg@edelson.com)*<br>CHANDLER R. GIVENS<br>(cgivens@edelson.com)*<br>EDELSON MCGUIRE, LLC | KEITH E. EGGLETON (SBN 159842)<br>(keggleton@wsgr.com)<br>RODNEY G. STRICKLAND (SBN 161934)<br>(rstrickland@wsgr.com)<br>DALE BISH (SBN 235390)<br>(dbish@wsgr.com)<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, California 94304 |

350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

Tel: (650) 493-9300
Fax: (650) 493-6811

*Attorneys for Defendant*

NETFLIX, INC.

SEAN P. REIS (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

*Attorneys for Plaintiffs and the Settlement Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated this 30th day of November, 2012.

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

STIPULATION TO AMEND SETTLEMENT AGREEMENT    4    CASE NO. 5:11-CV-00379-EJD

**CERTIFICATE OF SERVICE**

    I, Sean P. Reis, an attorney, certify that, on November 29, 2012, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

                                              /s/ Rafey S. Balabanian

STIPULATION TO AMEND SETTLEMENT AGREEMENT     5                       CASE NO. 5:11-CV-00379-EJD