Nikolaus J. Holley  
1965 Anasazi Ct. Colorado Springs CO, 80919      (719)-531-6443

Clerk's Office, United States District Court, 280
South First Street, San Jose, California 95113

**FILED**

DEC 7 - 2012

The Honorable Edward J. Davila
United States District Judge

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

To whom it may concern,

    My name is Nikolaus J. Holley. I am writing in regards to Case No. 5:11-CV-00379 EJD; United States District Court, Northern District of California, San Jose Division. I received a notice stating that as a result of a recent lawsuit, Netflix will pay $9 million into a settlement fund to make donations to Court-approved not-for-profit organizations, institutions, or programs. I am trying to start a program/fund for disabled young adults that will be aimed at helping them transition smoothly into the real world. I feel like this is an often overlooked area of our society and needs much attention.

    In early January 2009 my younger brother, Jason Holley, was kidnapped, led into the woods, and brutally murdered. The young men who murdered him had been taking advantage of him for months, threatening him by saying they would kill my mother and many other horrible things. All this broke him down until he thought he had no choice but to give all his possessions, and his life to protect our family.

    My brother was mentally disabled. He suffered from a condition called Klinefelter's syndrome in which a male has an extra X chromosome. This genetic abnormality causes many problems with development both physically and mentally. He was the type of person who wanted to befriend anyone and because of his disability, had a hard time telling the good people from the bad ones. Many mentally disabled people fall victim to violent crime in our country at a much higher rate than those without the disability.

    I would like to start this program in his honor. The idea is to provide mentally disabled young adults in need with the proper guidance and opportunities to ensure they get on the right path. These are people that are not considered to be mentally retarded but do have noticeable cognitive disabilities. This program could provide a place to stay for qualifying applicants. Help with job applications would be valuable, as well as access to tutors and other learning opportunities. Many times the parents of young adults with cognitive disabilities become the youths only source of help. This can often be overwhelming for the parents and often ends with bad results. These kids just need that extra guidance and positive reinforcement that could be provided through this service.

    It is still in the beginning stages but with funding and help from my family this program could be very successful in helping positively change lives. I am a 27 year old engineering student at UCCS. My mom is a pharmacist and my aunt is a nurse of 30 years at Cleveland Clinic. We all believe there is a huge need for a program to help cognitively disabled young

Nikolaus J. Holley
1965 Anasazi Ct. Colorado Springs CO, 80919                    (719)-531-6443

adults. Our eyes were opened to the problem when my brother was taken. Hopefully we can open the eyes of many more with this opportunity. Implementing such program would keep these people safe, and give them a better quality of life.

    Please copy this letter and send it to The Honorable Edward J. Davila, United States District Judge. Also let me know what other information I can provide you with. I would like to thank you for reading my letter and considering my request.

Sincerely,

Nikolaus J. Holley

Nikolaus J. Holley                                                               (719)-531-6443
1965 Anasazi Ct. Colorado Springs CO, 80919

Clerk's Office, United States District Court, 280
South First Street, San Jose, California 95113

The Honorable Edward J. Davila
United States District Judge

To whom it may concern,

    Just a note with regard to Nik's letter. We would plan to work with KS&A, www.genetic.org, affiliated with Children's Hospital in Denver. Funding for this organization has been limited to date, and many of these kids have suffered greatly because of cognitive deficits. Research is now being conducted at some of our most prestigious institutes. Dr. Nicole Tartaglia in Denver is head of the Children's X traordinary Kid's Clinic, and testified at Nik's brothers trial. It was called the x-box murder, Jason Carl Holley, and still is on the internet.

Thank you for your consideration.

*Jan Holley*

Janice M. Holley

Pharmacist

1965 Anasazi Court

Colorad Springs, CO 80919

1965 Anasazi Ct
Colorado springs Co
80919

COLORADO SPGS CO 80
03 DEC 2012 PM 3 L

The Honorable Judge
Edward DAvila
Clerks office
United States District Court
280 South First St.
San Jose, CA 95113