KEITH E. EGGLETON, State Bar No. 159842
Email:  keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email:  rstrickland@wsgr.com
DALE BISH, State Bar No. 235390
Email: dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:     (650) 565-5100

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | CASE NO.:  5:11-CV-00379-EJD |
| | JUDGE: Hon. Edward J. Davila |
| | **SUPPLEMENTAL SUBMISSION ON *CY PRES* RECIPIENTS** |

During the December 5, 2012, Final Approval Hearing, Netflix, Inc. ("Netflix") requested, and the Court granted, leave to submit supplemental information to the Court, specifically additional information regarding the connections between certain of the proposed *Cy Pres* recipients and Wilson Sonsini Goodrich & Rosati ("WSGR"). The following supplements paragraph 34 of the Declaration of Jay Edelson in Support of Plaintiffs' Motion for Final Approval of Settlement and Award of Attorneys' Fees, Expenses, and Incentive Award. (Dkt. No. 191-3). The proposed *Cy Pres* recipients reported the following connections with WSGR (as quoted from their proposals):

**The Berkeley Center for Law & Technology ("BCLT")**:

"The law firm of Wilson Sonsini Goodrich & Rosati contributed $25,000 to BCLT in 2012."

**The Center for Democracy & Technology ("CDT")**:

"Netflix's counsel Wilson Sonsini purchased a table at CDT's 2011 annual fundraising dinner for $7500."

**The High Tech Law Institute ("HTLI") of Santa Clara University School of Law:**

"Rod Strickland, Esq., counsel for defendant, is an alumnus of Santa Clara University School of Law.

The law firm of Wilson, Sonsini, Goodrich & Rosati (WSGR) is presently a paid participant in the HTLI benefactor program, which includes a seat on the HTLI High Tech Advisory Board (currently occupied by James Yoon, Esq., a patent litigation partner). Mr. Yoon is also an adjunct professor at Santa Clara Law. The most recent benefactor relationship began in spring of 2012.

Assistant Professor Brian Love was "of counsel" to WSGR in summer 2012 before officially joining the SCU faculty. Professor Love does not play an administrative role in the High Tech Law Institute.

WSGR did not contribute any funds to the High Tech Law Institute in 2011; however, it donated $2,500 to Santa Clara Law in 2011.

Rod Strickland did not contribute any funds to the High Tech Law Institute in 2011; however, he was a donor to Santa Clara Law in 2011."

**The Markkula Center for Applied Ethics of Santa Clara University ("Markkula Center"):**

"The firm of Wilson Sonsini Goodrich & Rosati is a paying member of the Markkula Center's Business and Organizational Ethics Partnership (which is part of the Center's Business Ethics program), and a WSGR partner serves on the Center's Advisory Board. To the best of our knowledge, none of the three WSGR attorneys who are representing Netflix in this case have been involved in or attended events organized by the Business and Organizational Ethics Partnership.

For the past eight years, the law firm Wilson Sonsini Goodrich & Rosati has made a payment of $25,000/year for membership in the Business and Organizational Ethics Partnership, a program offering of the Markkula Center for Applied Ethics. A WSGR partner who serves on the Center's Advisory Board also made a personal contribution to the Center in 2011."

**The Privacy & Technology Project of the Univ. of California, Hastings College of Law:**

"Professor Robin Feldman's husband is an attorney at Wilson Sonsini, who represents clients in shareholder litigation. He has represented Netflix on a variety of issues, but has not been involved in this case."

**The Stanford Law School Center for Internet and Society ("CIS"):**

"In 2011, Wilson Sonsini, counsel for defendant Netflix, made contributions to Law School student and academic programs, including CIS's umbrella organization, the [Law Science and Technology Program]."

**The Intellectual Property and Technology Law Clinic of the University of Southern California Gould School of Law ("USC"):**

"Wilson, Sonsini, Goodrich & Rosati, P.C. is one of forty-five law firms that sponsored the 2012 USC Intellectual Property Institute, an annual continuing legal education event. Sponsorship includes a monetary gift; Wilson Sonsini contributed $5,500 for the 2012 Institute. The firm also contributed $5,500 for the 2011 Institute.

Professor Jack Lerner was employed by Wilson, Sonsini, Goodrich & Rosati, P.C. from 2001-2004. He has had no dealings with this firm since that time."

\* \* \*

In addition, the proposal of the Privacy & Technology Project of the University of California, Hastings College of Law reported that James Snell is on its Advisory Board. Mr. Snell is my brother-in-law.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: December 10, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | Professional Corporation |
| 4 | | By: /s/ Keith E. Eggleton |
| | | Keith E. Eggleton |
| 5 | | |
| 6 | | 650 Page Mill Road |
| | | Palo Alto, CA 94304-1040 |
| 7 | | Telephone: (650) 493-9300 |
| | | Facsimile: (650) 565-5100 |
| 8 | | Attorneys for Defendant Netflix, Inc. |