SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Phone: 949.459.2124
Fax:  949.459.2123

JAY EDELSON (jedelson@edelson.com)*
RAFEY S. BALABANIAN (rbalabanian@edelson.com)*
ARI J. SCHARG (ascharg@edelson.com)*
CHANDLER R. GIVENS (cgivens@edelson.com)*
EDELSON MCGUIRE LLC
350 North LaSalle Drive, Suite 1300
Chicago, Illinois 60654
Phone: 312.589.6370
Fax:  312.589.6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs JEFF MILANS and PETER COMSTOCK and the SETTLEMENT CLASS*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| *IN RE: NETFLIX PRIVACY LITIGATION* | Case No. 5:11-cv-00379-EJD <br><br> [Hon. Edward J. Davila] <br><br> **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO STRIKE MATTHEW TANNER'S SURREPLY** <br><br> Date:     March 8, 2013 <br> Time:     9:00 a.m. <br> Location: Courtroom 4, 5th Floor |

1.      Objector Matthew Tanner and his attorneys, Clinton Krislov and John Orellana, have repeatedly violated the rules of this Court—and they don't care.

2.      First, it is clear by now that, in addition to being brought in bad faith, (*see* Dkt. 226 at 48–49), Tanner's original Objection was untimely. (*See* Dkts. 226 at 4–6; 230 at 1–2; 231 at ¶ 5.) Tanner's Response to Plaintiffs' Motion to Strike makes no attempt to dispute or explain the Objection's lateness, and at this point, he has conceded the issue. *See Ardente, Inc. v. Shanley*, No. C 07-4479 MHP, 2010 WL 546485, *6 (N.D. Cal. Feb. 10, 2010) (noting that failure "to respond to [an] argument . . . concedes it through silence.").

3.      Second, attempting to justify practicing without a license, Tanner's counsel skirt the issue by making the unremarkable proposition that "[o]bjectors are not required to intervene in order to object to the settlement, or to appeal on approval." (Dkt. 238 at ¶ 2.) They miss the point, as that has never been the issue. Tanner could have filed his objection *pro se* and avoided the *pro hac vice* requirement, but despite being an attorney himself, he chose to be represented by out-of-state counsel, and his counsel had the duty to seek bar admission before practicing in this jurisdiction. (*See* Dkt. 231 at ¶ 3 (citing Civ. L.R. 11-1(a) and collecting cases).) Ultimately, Tanner's failure to cite *any* authority proves that his assertion—that his counsel can practice without a license so long as he isn't a party—is completely baseless.

4.      Third, Tanner admits in his brief that he had no right to file a surreply, (*see* Dkt. 238 at ¶ 4, requesting leave to file his surreply more than two weeks after he filed it), but argues that his failure to comply should be excused because he "felt it critical" to file "as quickly as possible." (Dkt. 238 at ¶ 3.) Of course, Tanner's counsel could have simply attended the final fairness hearing and presented the arguments raised in his surreply. They did not, however, claiming that they were involved in more significant matters. (*See* Dkt. 230 at 7.) Tanner's justification for his improper filing confirms what his actions have already made clear—he and his Counsel have no problem ignoring the Court's rules when they feel like it.

5.      Fourth, to add insult to injury, Tanner's Response ignores Local Rule 3-4(c), which requires all papers submitted for filing to have numbered lines on each page. *See* Civ. L.R. 3-4(c)(1).

6. Matthew Tanner's attorneys in this matter, Clinton Krislov and John Orellana, have improperly filed a late (bad-faith) objection, practiced in this jurisdiction without a license, improperly filed additional briefing without seeking leave, and ignored the Local Rules for formatting. Plaintiffs respectfully request the Court strike Matthew Tanner's Surreply, and grant such other relief as it deems equitable and just, including joining its sister courts in imposing sanctions on Clinton Krislov, (*see* Dkt. 226 at 48−49 n.58), along with John Orellana and Matthew Tanner.

December 21, 2012                           Respectfully Submitted,

                                            **JEFF MILANS and PETER COMSTOCK**,
                                            individually and on behalf of classes of similarly
                                            situated individuals,

                                            By: /s/ Rafey S. Balabanian
                                            One of Plaintiffs' Attorneys

SEAN P. REIS (sreis@edelson.com) – SBN 184044
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123

JAY EDELSON (jedelson@edelson.com)*
RAFEY S. BALABANIAN (rbalabanian@edelson.com)*
ARI J. SCHARG (ascharg@edelson.com)*
CHANDLER R. GIVENS (cgivens@edelson.com)*
EDELSON MCGUIRE LLC
350 North LaSalle Drive, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 21, 2012, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party, and further by causing true and accurate copies of such paper to be mailed by United States mail on this December 21, 2012.

Dated: December 21, 2012                         /s/ Rafey S. Balabanian