SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123

JAY EDELSON (Admitted *Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
ARI J. SCHARG (Admitted *Pro Hac Vice*)
ascharg@edelson.com
CHANDLER R. GIVENS (Admitted *Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Drive, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs JEFF MILANS and PETER COMSTOCK and the SETTLEMENT CLASS*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE: NETFLIX PRIVACY LITIGATION* | Case No. 5:11-cv-00379-EJD <br><br> [Hon. Edward J. Davila] <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE *INSTANTER* A SURREPLY TO NATHAN KENNEDY'S REPLY BRIEF** |

Plaintiffs Jeff Milans and Peter Comstock, through their undersigned counsel and on behalf of the Class, pursuant to Civil Local Rules 7-3(d) and 7-11, respectfully request that this Honorable Court enter an Order granting them leave to file *instanter* a Surreply to Class Member Nathan Kennedy's Reply to Plaintiff's Memorandum in Support of Motion For Final Approval of Class Action Settlement, Supplemental Submission on *Cy Pres* Recipients, and in support of Nikolaus Holley's submission. (Dkt. 242.) In support of this Motion, Plaintiffs state as follows:

1. On July 5, 2012, this Court granted Preliminary Approval of the instant Class Action Settlement. (Dkt. 80.) On July 30, 2012, months before the *cy pres* selection process was completed, Class Member Nathan Kennedy filed his Objection to the Settlement, expressing dissatisfaction with the *cy pres* selection process. (Dkt. 81.) On October 31, 2012, Plaintiffs submitted their Motion for Final Approval and Fee Award (Dkt. 191), as well as a list of proposed *cy pres* recipients for the Court's consideration. (Dkt. 193.) On November 28, 2012, Plaintiffs filed their Reply in Support of their Motion for Final Approval and Fee Award, therein responding to the objections filed in this litigation. (Dkt. 226.)

2. On December 5, 2012, the Court conducted a Final Fairness Hearing, giving the Parties and the objectors who chose to appear three hours to state and support their positions. During the hearing, Netflix's counsel requested, and the Court granted, leave to submit additional information regarding connections between Netflix's counsel and certain proposed *Cy Pres* recipients. On December 10, 2012, Netflix filed its Supplemental Submission on *Cy Pres* Recipients (Dkt. 237), elaborating on the disclosures already made in Class Counsel's Declaration in Support of the Final Approval Motion. (*See* Dkt. 191–3, ¶ 34.)

3. On December 16, 2012, Class Member Kennedy mailed his Reply to Plaintiffs' Reply Memorandum, and his Reply was filed with the Court on December 21, 2012. (*See* Dkt 242.)

4. Plaintiffs believe that Kennedy's Reply misrepresents Netflix's Supplemental Submission, accuses Class Counsel of impropriety where none exists, and simply misses the mark in its analysis of the *Cy Pres* selection process.

5. Accordingly, Plaintiffs seek leave of Court to file a concise surreply—attached hereto as Exhibit 1—to Kennedy's Reply brief.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order granting them leave to file *instanter* their surreply to Class Member Kennedy's Reply brief, and for such other and further relief as the Court deems equitable and just.

Respectfully Submitted,

**JEFF MILANS and PETER COMSTOCK**, individually and on behalf of all others similarly situated,

Dated: January 2, 2013

By: /s/ Rafey S. Balabanian
One of Plaintiffs' Attorneys

SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123

JAY EDELSON (*Pro Hac Vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (*Pro Hac Vice*)
rbalabanian@edelson.com
ARI J. SCHARG (*Pro Hac Vice*)
ascharg@edelson.com
CHANDLER R. GIVENS (*Pro Hac Vice*)
cgivens@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Drive, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

I, Rafey S. Balabanian, an attorney, hereby certify that on January 2, 2013, I served the above and foregoing ***Plaintiffs' Administrative Motion for Leave to File Instanter a Surreply to Nathan Kennedy's Reply Brief***, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, and further by placing a copy of such paper in a postage prepaid envelope addressed to the person shown below and depositing such envelope in the U.S. Mailbox located at 350 North LaSalle Street, Chicago, Illinois 60654, on this the 2nd day of January, 2013.

Nathan Kennedy
P.O. Box 424
Ithaca, New York 14851

/s/ Rafey S. Balabanian