KEITH E. EGGLETON, State Bar No. 159842
Email: keggleton@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
Email: rstrickland@wsgr.com
DALE BISH, State Bar No. 235390
Email: dbish@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:    (650) 565-5100

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | CASE NO.: 5:11-CV-00379-EJD |
| | JUDGE: Hon. Edward J. Davila |
| | **NETFLIX'S RESPONSE TO OBJECTOR TANNER'S MOTION FOR LEAVE TO FILE ADDITIONAL MEMORANDUM REGARDING DEFENSE COUNSEL'S SUPPLEMENTAL SUBMISSION ON *CY PRES* RECIPIENTS** |

On December 10, 2012, pursuant to leave of Court, defendant Netflix, Inc. ("Netflix") filed a supplemental submission which provided information regarding connections between certain of the proposed *cy pres* recipients and Netflix's counsel, Wilson Sonsini Goodrich & Rosati, as described in the recipients' proposals.  (Dkt. No. 237).  On December 20, 2012, Matthew D. Tanner, an objector to the proposed settlement, moved the Court for leave to file a memorandum in response to Netflix's supplemental submission.  (Dkt. No. 239).  Mr. Tanner also submitted the memorandum that he seeks leave to file.  (Dkt. No. 240).  Netflix does not oppose Mr. Tanner's motion for leave to file his memorandum.  However, Netflix respectfully requests that, should the Court grant Mr. Tanner's motion for leave, Netflix be allowed to file a response to the memorandum (Dkt. No. 240) within seven days of the Court's order granting leave.

Respectfully submitted,

DATED:  January 3, 2013

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Keith E. Eggleton
          Keith E. Eggleton

650 Page Mill Road
Palo Alto, CA  94304-1040
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendant Netflix, Inc.

NETFLIX'S RESPONSE TO MOTION FOR
LEAVE TO FILE ADDITIONAL MEMORANDUM
CASE NO.:  5:11-CV-00379-EJD

-1-