**LAKESHORE LAW CENTER**
Jeffrey Wilens, Esq. (State Bar No. 120371)
18340 Yorba Linda Blvd., Suite 107-610
Yorba Linda, CA 92886
714-854-7205
714-854-7206 (fax)
jeff@lakeshorelaw.org

**Attorney for Objector Gary Wilens**

**UNITED STATES DISTRICT COURT,**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN JOSE**

| | |
|---|---|
| IN RE NETFLIX PRIVACY LITIGATION | ) Case No. 5:11-cv-00379-EJD <br> ) <br> ) **OBJECTOR GARY WILENS'** <br> ) **NOTICE OF APPEAL TO THE** <br> ) **UNITED STATES COURT OF** <br> ) **APPEALS FOR THE NINTH** <br> ) **CIRCUIT** <br> ) <br> ) Department 4 <br> ) Hon. Edward J. Davila, District Judge |

TO EACH PARTY AND THEIR ATTORNEY OF RECORD:

Objector Gary Wilens hereby appeals to the United States Court of Appeal for the Ninth Circuit from the final judgment of the district court, entered in this case on March 18, 2013, including the order granting final judgment of dismissal (Doc. 257) and the order granting final approval of class action settlement and awarding attorney's fees and expenses (Doc. 256).

DATED: April 12, 2013

Respectfully submitted,

By ___/s/_Jeffrey Wilens____

JEFFREY WILENS
Attorney for Objector

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28