Christopher A. Bandas (*Admitted Pro Hac Vice*)
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
Tel: (361) 698-5200
Fax: (361) 698-5222

Timothy R. Hanigan (Bar No. 125791)
21021 Ventura Blvd., Ste. 450
Woodland Hills, California 91364-2206
Tel: (818) 883-5644
Fax: (818) 704-9372
Email: trhanigan@gmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>Judge: Judge Edward J. Davila<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that class member Bradley Schulz appeals to the United States District Court of the Northern District of California, San Jose Division, from the Final Judgment and Order of Dismissal with Prejudice (Dkt. No. 257) entered in this action on March 18, 2013. Objector also hereby appeals any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: April 16, 2013                    Respectfully submitted,

By:          /s/ Christopher A. Bandas
Christopher A. Bandas (*Admitted Pro Hac Vice*)
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone
(361) 698-5222 Facsimile

Timothy R. Hanigan (Bar No. 125791)
21021 Ventura Blvd., Ste. 450
Woodland Hills, California 91364-2206
Tel: (818) 883-5644
Fax: (818) 704-9372
Email: trhanigan@gmail.com

*Attorneys for Class Member/Objector*
*Bradley Schulz*

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th of April 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent via U.S.P.S. First Class mail to the following participants, at the addresses listed below

Clerk of the Court
United States District
Northern District of California
(San Jose Division)
Robert F. Peckham
Federal Building
280 South 1st Street
San Jose, CA 95113

Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
Chandler R. Givens
Edelson McGuire LLC
350 N. LaSalle, Ste. 1300
Chicago, IL 60654

CLASS COUNSEL

Keith E. Eggleston
Rodney Strickland
Dale Bish
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Pala Alto, CA 94304
DEFENSE COUNSEL

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 16th day of April 2013, at Corpus Christi, Texas..

          /s/ Christopher A. Bandas
Christopher A. Bandas (*Admitted Pro Hac Vice*)
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone
(361) 698-5222 Facsimile