Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
603 North Highway 101, Suite A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (866) 583-8115

Attorneys for Objectors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-CV-00379-EJD <br><br> AMENDED NOTICE OF APPEAL <br><br><br> Judge: Hon. Edward J. Davila |

Objectors, ANDREW CESARE, KATHERINE STROHLEIN, WILLIAM FORD, JUDITH MALLORY and DENIS BONO hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Final Approval of Class Action Settlement, Approval of *Cy Pres* Awards, Award of Attorneys' Fees and Expenses and Incentive Award entered on March 18, 2013 (Dkt. 256), and Final Judgment and Order of Dismissal with Prejudice entered on March 18, 2013 (Dkt. 257).

LAW OFFICES OF DARRELL PALMER PC

Dated:  April 17, 2013            By: /s/ Joseph Darrell Palmer
                                          Joseph Darrell Palmer
                                  Attorney for Objectors Andrew Cesare, Katherine
                                  Strohlein, William Ford, Judith Mallory and Denis Bono

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2013, I electronically filed the foregoing AMENDED NOTICE OF APPEAL with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

I further certify that the following non-ECF participants will be served via U.S. Mail, postage prepaid:

Christopher T. Cain
Scott & Cain
550 Main Street, Suite 601
Knoxville, TN 37902

Johnny Dee Knadler
Attorney at Law
P O Box 156515
San Francisco, CA 94115

Roy A. Katriel
The Katriel Law Firm
12707 High Bluff Drive, Suite 200
San Diego, CA 92130

Thomas L. Cox
4934 Tremont
Dallas, TX 75214

       ___/s/ Joseph Darrell Palmer_____
       Joseph Darrell Palmer
       Attorney for Objectors