Christopher A. Bandas (*Admitted Pro Hac Vice*)
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
Tel: (361) 698-5200
Fax: (361) 698-5222

Timothy R. Hanigan (Bar No. 125791)
21021 Ventura Blvd., Ste. 450
Woodland Hills, California 91364-2206
Tel: (818) 883-5644
Fax: (818) 704-9372
Email: trhanigan@gmail.com

*Attorneys for Class Member/Objector
Bradley Schulz*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>Judge: Judge Edward J. Davila<br><br>**AMENDED NOTICE OF APPEAL** |

Notice is hereby given that class member Bradley Schulz amends his Notice of Appeal (Dkt. 264) to the United States Court of Appeals for the Ninth Circuit filed April 16, 2013. In addition to the already pending appeal from the Court's Final Judgment and Order of Dismissal with Prejudice (Dkt. No. 257) entered in this action on March 18, 2013 and from all opinions and orders that merge therein, Mr. Schulz is also appealing from the Court's Order Granting Final Approval of Class Action Settlement, Approval of *Cy Pres* Awards, Award of Attorneys' Fees and

Expenses and Incentive Award entered on March 18, 2013 (Dkt. 256). Objector also hereby appeals any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: April 16, 2013              Respectfully submitted,

By:        /s/ Christopher A. Bandas
Christopher A. Bandas (*Admitted Pro Hac Vice*)
Texas State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200 Telephone
(361) 698-5222 Facsimile

Timothy R. Hanigan (Bar No. 125791)
21021 Ventura Blvd., Ste. 450
Woodland Hills, California 91364-2206
Tel: (818) 883-5644
Fax: (818) 704-9372
Email: trhanigan@gmail.com

*Attorneys for Class Member/Objector*
*Bradley Schulz*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th of May 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent via U.S.P.S. First Class mail, postage prepaid, to the following participants at the addresses listed below:

Clerk of the Court
United States District
Northern District of California
(San Jose Division)
Robert F. Peckham
Federal Building

Case No. 5:11-cv-00379-EJD                                                                                   2
AMENDED NOTICE OF APPEAL

1 | 280 South 1ST Street
San Jose, CA 95113

2

3 | Thomas L. Cox
4934 Tremont
Dallas, TX 75214

4

5 | Roy A. Katriel
The Katriel Law Firm
12707 High Bluff Drive
6 | Suite 200
San Diego, CA 92130

7

8 | Johnny Dee Knadler
Attorney at Law
9 | P O Box 156515
San Francisco, CA 94115

10

11

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12

13    Executed this 14th day of May 2013, at Corpus Christi, Texas..

14

15                            /s/ Christopher A. Bandas