# EXHIBIT A

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON
jedelson@edelson.com*
RAFEY S. BALABANIAN
rbalabanian@edelson.com*
ARI J. SCHARG
ascharg@edelson.com*
CHANDLER R. GIVENS
cgivens@edelson.com*
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax:  (312) 589-6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs JEFF MILANS and PETER COMSTOCK and the CLASS*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>**NOTICE OF DEPOSITION OF STEPHEN GRIFFIS**<br><br>[Hon. Edward J. Davila] |

**PLEASE TAKE NOTICE**, pursuant to Federal Rule of Civil Procedure 30, that Plaintiffs Jeff Milans and Peter Comstock, through their counsel, will take the deposition of Stephen Griffis on [DATE] beginning at 9:00 a.m. [TIME ZONE TBD] at [LOCATION], or at such other reasonable time and/or location as the parties may agree.

NOTICE OF DEPOSITION　　　　　　　　　　1　　　　　　　　　　CASE NO. 5:11-cv-00379-EJD

Griffis is instructed to bring all of the documents requested in the attached Deposition Schedule to his deposition occurring on [DATE] beginning at 9:00 a.m. [TIME ZONE TBD] at [LOCATION], as well as to tender the same Documents to the undersigned counsel by [DATE TBD].

Respectfully submitted,

**JEFF MILANS and PETER COMSTOCK**, individually and on behalf of a class of similarly situated individuals,

Dated: May 28, 2013

By: /s/ Rafey S. Balabanian
One of Plaintiffs' Attorneys

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON
jedelson@edelson.com*
RAFEY S. BALABANIAN
rbalabanian@edelson.com*
ARI J. SCHARG
ascharg@edelson.com*
CHANDLER R. GIVENS
cgivens@edelson.com*
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs JEFF MILANS and PETER COMSTOCK and the CLASS*

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON
jedelson@edelson.com*
RAFEY S. BALABANIAN
rbalabanian@edelson.com*
ARI J. SCHARG
ascharg@edelson.com*
CHANDLER R. GIVENS
cgivens@edelson.com*
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs JEFF MILANS and PETER COMSTOCK and the CLASS*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>**SCHEDULE TO DEPOSITION TO STEPHEN GRIFFIS**<br><br>[Hon. Edward J. Davila] |

Pursuant to the provisions of Rule 30 of the Federal Rules of Civil Procedure, and subject to the Definitions and Instructions below, Plaintiffs Jeff Milans and Peter Comstock request that you bring all of the following Documents that are in Your possession, custody or control, including Documents within the possession custody or control of Your officers, agents, attorneys, or

employees, to Your deposition occurring on [TBD] at [TBD], as well as tender the same Documents to the undersigned counsel by [TBD].

**DEFINITIONS**

1. "ACTION" refers to the litigation captioned *In re: Netflix Privacy Litigation*, Case No. 5:11-cv-00379-EJD in the United States District Court for the Northern District of California, and the appeal captioned *Jeff Milans, et al v. Netflix, Inc.*, No. 13-15734 pending in the United States Court of Appeals for the Ninth Circuit.

2. "COMMUNICATION" means or refers to the transmittal of information, facts or ideas including, but not limited to, communications in the form of any discussion, conversation, inquiry, negotiation, agreement, understanding, meeting telephone conversation, letter, correspondence, note, memorandum, e-mail message, telegram, advertisement or other form of exchange of words, whether oral or written.

3. "DOCUMENT" or "DOCUMENTS" shall mean any writings, letters, telegrams, memoranda, correspondence, email messages, memoranda or notes of conferences or telephone conversations, reports, studies, lists, compilations of data, papers, books, records, contracts, deeds, leases, agreements, pictures, photographs, transcripts, tapes, microfilm, computer data files, printouts, accounting statements, mechanical and electrical recordings, checks, pleadings, and other tangible things upon which any handwriting, typing, printing, drawing, representation, photostatic, or other magnetic or electrical impulses or other form of communication is recorded, stored or produced, including audio and video recordings and electronically-stored information (including but not limited to e-mails, web pages, websites, computer discs, computer programs and computer files, including, where applicable, compiled and uncompiled source code), whether or not in printout form. These terms shall also mean copies of documents even though the originals are not in your possession, custody or control; every copy of a document which contains handwritten or other notations or which otherwise does not duplicate the original of any other copy; all attachments to any document; and any other document, item and/or information discoverable under federal law and

procedure, including, without limitation, the items referenced in Federal Rules of Civil Procedure 34(a)(1) and 45(d)(1).

4. "OBJECTION" means the "Objection to Settlement and Motion for Attorney's Fees," (Dkt. No. 196), filed by YOUR ATTORNEYS in the ACTION.

5. "PLAINTIFFS" means or refers to the Plaintiffs and Class Representatives in the ACTION, Jeff Milans and Peter Comstock.

6. "RELATED TO" means consist of, concern, discuss, mention, regard, refer to, reflect or be in any way logically, factually or legally connected, directly or indirectly, with the matter described.

7. "YOU" or "YOUR" means Stephen Griffis, the Objector-Appellant in the ACTION.

8. "YOUR ATTORNEYS" means the attorneys who have signed or appeared on Court documents filed on your behalf, and specifically includes Steve A. Miller.

## INSTRUCTIONS

Unless otherwise specified, the "Relevant Time Period" to which these requests are directed is from, and including, January 1, 2007 until the present.

If YOU cannot respond to a request in full after exercising due diligence to secure the information requested, so state and respond to the extent possible, specifying YOUR inability to respond to the remainder, stating whatever information YOU have concerning the unresponded portion and detailing what YOU did in attempting to secure the unknown information.

If YOU object to producing a DOCUMENT because of a privilege, YOU must provide the following information:

(1) the nature of the privilege claimed and/or the privilege rule being invoked;

(2) the date, type, and location of the DOCUMENT withheld, and such other information sufficient to identify the material, including, where appropriate, the author, the addressee, and the relationship between the author and the addressee; and

(3) the general subject matter of the DOCUMENT withheld.

1  All DOCUMENTS are to be produced in the form, order, and manner in which they are
2  maintained in YOUR files. If YOU provide any DOCUMENTS in electronic media or machine-
3  readable form, you must provide all information and things necessary for PLAINTIFFS to fully
4  access, read, and decode into plain English text all data and files so provided.

5  All electronic DOCUMENTS, file systems, digital media and electronically-stored
6  information are to be produced in their respective native formats with all associated metadata intact
7  and, if such electronic DOCUMENTS or electronically stored information are no longer available
8  in their native formats for any reason, please identify the reasons such native format DOCUMENTS
9  are no longer so available and the dates each such DOCUMENT became unavailable.

10  If any DOCUMENT requested has been lost or destroyed since its creation, identify the
11  nature of the DOCUMENT, the date of the document, the persons who sent and received the
12  original and any copy of the DOCUMENT, a summary of the content of the DOCUMENT, and
13  describe when, where, how, and by whom said DOCUMENT was lost or destroyed, and state the
14  name of the person(s) who last had custody thereof.

## DOCUMENTS TO BE PRODUCED

16  1.  All DOCUMENTS that support the OBJECTION filed by YOU on November 13,
17  2012, in the ACTION.

18  2.  All DOCUMENTS that RELATE TO COMMUNICATIONS between YOU and
19  YOUR ATTORNEYS not made for the purpose of YOU securing legal advice.

20  3.  All DOCUMENTS that RELATE TO COMMUNICATIONS from YOUR
21  ATTORNEY to YOU soliciting professional employment.

22  4.  All DOCUMENTS that RELATE TO YOUR intention or desire to appear at the
23  District Court's December 5, 2012 Final Fairness Hearing.

24  5.  All DOCUMENTS that RELATE TO any and all objections that YOU filed on
25  YOUR behalf or on behalf of someone YOU represented to the approval of any class action
26  settlement in any court in the United States (state or federal), including evidence of any payments

made to YOU or someone YOU represented in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level.

6. All DOCUMENTS that RELATE TO the resolution of any and all objections that YOU filed on YOUR behalf or on behalf of someone YOU represented to the approval of any class action settlement in any court in the United States (state or federal), including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level.

7. All DOCUMENTS that RELATE TO any and all objections that YOU filed on YOUR behalf or on behalf of someone YOU represented to the approval of an application for attorneys' fees in connection with any class action settlement in any court in the United States (state or federal), including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level.

8. All DOCUMENTS that RELATE TO the resolution of any and all objections that YOU filed on YOUR behalf or on behalf of someone YOU represented to an application for attorneys' fees in connection with any class action settlement in any court in the United States (state or federal) during the relevant time period, including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level.

9. All DOCUMENTS that RELATE TO any agreement describing the circumstances under which YOU or someone YOU represent might receive any financial compensation in connection with any objections that YOU filed to any class action settlement, including but not limited to the ACTION.

10. All DOCUMENTS that RELATE TO any agreement describing the circumstances under which YOU or someone YOU represent might receive any financial compensation in connection with any objections that YOU filed to an application for attorneys' fees in connection with a class action settlement.

11. ALL DOCUMENTS that RELATE TO any transfer of money from YOUR ATTORNEYS to YOU or from YOU to YOUR ATTORNEYS.

12. ALL DOCUMENTS that RELATE TO any transfer of money from any attorney to YOU, or from YOU to any attorney, relating to any objection YOU filed to any class action settlement in any court in the United States.

13. Any retainer or engagement agreement between YOU and YOUR ATTORNEYS concerning the ACTION or any other class action objection YOU have filed.

14. ALL DOCUMENTS that RELATE TO any communication between YOU and any lawyer concerning the ACTION, including, but not limited to any lawyer associated with the Lakeshore Law Center; Krislov & Associates, Ltd.; Lang Hanigan Carvalho LLP; Law Offices of Darrell Palmer; Bandas Law Firm, P.C.; or Thomas L. Cox.

15. ALL DOCUMENTS that RELATE TO any communication between YOUR ATTORNEYS and any lawyer concerning the ACTION, including, but not limited to any lawyer associated with the Lakeshore Law Center; Krislov & Associates, Ltd., P.C.; Lang Hanigan Carvalho LLP; Law Offices of Darrell Palmer; Bandas Law Firm, P.C.; or Thomas L. Cox.

16. ALL DOCUMENTS that RELATE TO any agreement or fee sharing arrangement between YOU and any lawyer associated with the Lakeshore Law Center; Krislov & Associates, Ltd.; Lang Hanigan Carvalho LLP; Law Offices of Darrell Palmer; Bandas Law Firm, P.C.; or Thomas L. Cox.

17. ALL DOCUMENTS that RELATE TO any agreement or fee sharing arrangement between YOUR ATTORNEYS and any lawyer associated with the Lakeshore Law Center; Krislov & Associates, Ltd.; Lang Hanigan Carvalho LLP; Law Offices of Darrell Palmer; Bandas Law Firm, P.C.; or Thomas L. Cox.

18. ALL DOCUMENTS that RELATE TO any appeal bond that YOU have been ordered to pay in the appeal of any class action settlement approval where YOU have objected.

19.     ALL DOCUMENTS that RELATE TO any sanctions, monetary or otherwise, that have been ordered against YOU in any other class action where YOU have been or represented the objector(s), at the trial or appellate level.

                                                                                   Respectfully submitted,

                                                                                   **JEFF MILANS and PETER COMSTOCK**, individually and on behalf of a class of similarly situated individuals,

Dated: May 28, 2013                                        By: /s/ Rafey S. Balabanian
                                                                                             One of Plaintiffs' Attorneys

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON
jedelson@edelson.com*
RAFEY S. BALABANIAN
rbalabanian@edelson.com*
ARI J. SCHARG
ascharg@edelson.com*
CHANDLER R. GIVENS
cgivens@edelson.com*
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

*Attorneys for Plaintiffs JEFF MILANS and PETER COMSTOCK and the CLASS*

---

DEPOSITION SCHEDULE                                                    7                                           CASE NO. 5:11-cv-00379-EJD