Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Netflix Privacy Litigation,    )   Case No: 5:11-cv-379 EJD
                                      )
                 Plaintiff(s),        )   APPLICATION FOR
                                      )   ADMISSION OF ATTORNEY
         v.                           )   PRO HAC VICE
                                      )   (CIVIL LOCAL RULE 11-3)
                                      )
                 Defendant(s).        )

I, J. Dominick Larry, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs and the Class in the above-entitled action. My local co-counsel in this case is Sean P. Reis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 350 North LaSalle, Suite 1300, Chicago, Illinois 60654 | 30021 Tomas Street, Suite 300, Rancho Santa Margarita, California 92688 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 589-6370 | (949) 459-2124 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| nlarry@edelson.com | sreis@edelson.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6309519.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/02/13

J. Dominick Larry
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of J. Dominick Larry is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/7/2013

UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012