**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 01 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NETFLIX PRIVACY LITIGATION, | No. 13-15723<br>13-15733<br>13-15734<br>13-15751<br>13-15754<br>13-15759 |
| JEFF MILANS; et al.,<br><br>           Plaintiffs - Appellees,<br><br>GARY WILENS, et al.,<br><br>           Objectors - Appellants,<br><br>     v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>           Defendant - Appellee. | D.C. No. 5:11-cv-00379-EJD<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellants Denis Bono, Andrew Cesare, William Ford, Judith Mallory, and Katherine Strohlein's opposed motion to reinstate No. 13-15754 is granted.

Appellants Denis Bono, Andrew Cesare, William Ford, Judith Mallory, and Katherine Strohlein's motion to join in the opening briefs filed in 13-15733 and 13-15734 is granted.

The current briefing schedule shall remain in effect.

GS App. Comm.  10/28/2013/Pro Mo