FILED

DEC 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: NETFLIX PRIVACY LITIGATION, <br><br> ——————————— <br><br> JEFF MILANS; et al., <br><br>    Plaintiffs - Appellees, <br><br> GARY WILENS, <br><br>    Objector - Appellant, <br><br>  v. <br><br> NETFLIX, INC., a Delaware corporation, <br><br>    Defendant - Appellee. | No. 13-15723 <br><br> D.C. No. 5:11-cv-00379-EJD <br> Northern District of California, <br> San Jose <br><br> ORDER |
| In re: NETFLIX PRIVACY LITIGATION, <br><br> ——————————— <br><br> JEFF MILANS; et al., <br><br>    Plaintiffs - Appellees, <br><br> MATTHEW TANNER, <br><br>    Objector - Appellant, <br><br>  v. | No. 13-15733 <br><br> D.C. No. 5:11-cv-00379-EJD <br> Northern District of California, <br> San Jose |

Lking/12.16.13/Pro Mo

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>        Defendant - Appellee. | |
| In re: NETFLIX PRIVACY LITIGATION,<br><br>JEFF MILANS; et al.,<br><br>        Plaintiffs - Appellees,<br><br>HUGH RAMSEY and STEPHEN GRIFFIS,<br><br>        Objectors - Appellants,<br><br>  v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>        Defendant - Appellee. | No. 13-15734<br><br>D.C. No. 5:11-cv-00379-EJD<br>Northern District of California,<br>San Jose |
| In re: NETFLIX PRIVACY LITIGATION,<br><br>JEFF MILANS; et al.,<br><br>        Plaintiffs - Appellees,<br><br>BRADLEY SCHULZ,<br><br>        Objector - Appellant, | No. 13-15751<br><br>D.C. No. 5:11-cv-00379-EJD<br>Northern District of California,<br>San Jose |

Lking/12.16.13/Pro Mo

| | |
|---|---|
| v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>   Defendant - Appellee. | |
| In re: NETFLIX PRIVACY LITIGATION,<br><br>―――――――――――<br><br>JEFF MILANS; et al.,<br><br>   Plaintiffs - Appellees,<br><br>ANDREW CESARE; et al.,<br><br>   Objectors - Appellants,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>   Defendant - Appellee. | No. 13-15754<br><br>D.C. No. 5:11-cv-00379-EJD<br>Northern District of California,<br>San Jose |
| In re: NETFLIX PRIVACY LITIGATION,<br><br>―――――――――――<br><br>JEFF MILANS; et al.,<br><br>   Plaintiffs - Appellees,<br><br>TRACEY COX KLINGE,<br><br>   Objector - Appellant, | No. 13-15759<br><br>D.C. No. 5:11-cv-00379-EJD<br>Northern District of California,<br>San Jose |

Lking/12.16.13/Pro Mo

> v.
>
> NETFLIX, INC., a Delaware corporation,
>
> Defendant - Appellee.

Appellants in No. 13-15734 motion for voluntary dismissal of this case is granted. This case is dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b). A copy of this order shall act as and for the mandate of this court.

The appeal should go forward as to remaining parties.

    For the Court:

    MOLLY C. DWYER
    Clerk of the Court

    Linda K. King
    Deputy Clerk
    Ninth Cir. R. 27-7/Advisory Note to Rule 27
      and Ninth Circuit Rule 27-10

Lking/12.16.13/Pro Mo