**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                         General Court Number
Clerk                                                                                                                  408.535.5363

December 20, 2013

CASE NUMBER:    **CV 11-00379 EJD**
CASE TITLE:     **JEFF MILANS-v- NETFLIX INC.**
DATE MANDATE FILED:  12/19/13


TO COUNSEL OF RECORD:

      The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.


                Sincerely,

                RICHARD W. WIEKING, Clerk



                by:  Cynthia Hernandez
                Case Systems Administrator


Distribution:   CIVIL         -     Counsel of Record

                CRIMINAL  -     Counsel of Record
                                      U.S. Marshal (Copy of Mandate)
                                      U.S. Probation Office


NDC App-16