Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorneys for Objectors

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-CV-00379-EJD <br><br> NOTICE OF APPEAL <br><br><br> Judge: Hon. Edward J. Davila |

Objectors, ANDREW CESARE, KATHERINE STROHLEIN, WILLIAM FORD, JUDITH MALLORY and DENIS BONO hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Plaintiffs' Motion For Appeal Bonds And Granting Plaintiffs' Motion For Additional Discovery (Dkt. 307), entered in this case on November 25, 2013.

LAW OFFICES OF DARRELL PALMER PC

Dated:  December 20, 2013            By: /s/ Joseph Darrell Palmer
                                          Joseph Darrell Palmer
                                     Attorney for Objectors Andrew Cesare, Katherine
                                     Strohlein, William Ford, Judith Mallory and Denis Bono

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2013, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

I further certify that the following non-ECF participants will be served via U.S. Mail, postage prepaid:

Christopher T. Cain
Scott & Cain
550 Main Street, Suite 601
Knoxville, TN 37902

Johnny Dee Knadler
Attorney at Law
P O Box 156515
San Francisco, CA 94115

Roy A. Katriel
The Katriel Law Firm
12707 High Bluff Drive, Suite 200
San Diego, CA 92130

Thomas L. Cox
4934 Tremont
Dallas, TX 75214

                                        ___/s/ Joseph Darrell Palmer_____
                                        Joseph Darrell Palmer
                                        Attorney for Objectors