Christopher T. Cain (TN BPR# 19997)
SCOTT & CAIN
Bank of America Center, Suite 601
550 Main Street
Knoxville, Tennessee 37902
Tel: 865-525-2150

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 5:11-cv-00379-EJD <br><br> **Honorable Edward J. Davila** <br><br> *MOTION FOR LEAVE TO FILE APPEAL BOND FOR UNCONTESTED AMOUNT OF $175* |

NOW INTO COURT COME Tennessee Objectors, Denis Bonneau (misspelled as Bono) and Judith Mallory, by and through counsel,[1] and hereby move the Court for leave to file an appeal bond in the amount of $175, representing the uncontested portion of the appeal bond granted in the Court's November 25, 2013 Order. [Doc. 307]. That Order is currently on appeal. [Doc. 322]; United States Court of Appeals for the Ninth Circuit, Docket No. 13-17611.

After another objector, Matthew Tanner, filed a brief representing to this court that he would post an appeal bond for the uncontested amount of $175 [Doc. 328], the Tennessee Objectors adopted Mr. Tanner's brief. [Doc. 330]. Tanner's counsel has also filed a motion

---

[1] Undersigned counsel is in the process of making application to this Court for *pro hac vice* admission. Specifically, undersigned counsel is obtaining the appropriate certificate of good standing and attempting to secure local co-counsel and anticipates making application within ten (10) days of the filing of this Motion.

requesting leave to file a bond in the amount of $175 because his counsel was advised that the Clerk could only process a bond in the exact amount authorized by the Court. [Doc. 329].

Tennessee Objectors similarly seek to file an appeal bond in the uncontested amount of $175, which will provide Plaintiffs with additional security for their costs of appeal on the merits during the pendency of the appeal concerning the contested amounts (settlement administration costs).

WHEREFORE, the Tennessee Objectors respectfully request that this Court enter an Order granting them leave to file an appeal bond in the amount of $175.

Respectfully submitted this 5th day of February, 2014.

> s/ Christopher T. Cain
> Christopher T. Cain (TN BPR# 19997)
> **SCOTT & CAIN**
> Bank of America Center, Suite 601
> 550 Main Street
> Knoxville, Tennessee 37902
> Tel: 865-525-2150

CERTIFICATE OF SERVICE

I certify that on February 5, 2014 a copy of the foregoing was filed electronically via CM-ECF, such that notice of this filing will be sent by operation of the Court's electronic filing system.

> s/ Christopher T. Cain