Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4521

Sean P. Reis (SBN - 184044)
sreis@reisfirm.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: 949.459.2124
Fax: 949.459.2123

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| *IN RE: NETFLIX PRIVACY LITIGATION.* | Case No. 5:11-cv-00379-EJD <br><br> **NOTICE OF CHANGE IN COUNSEL** <br><br> Judge: Honorable Edward J. Davila <br> Action Filed: Jan. 26, 2011 |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** Sean P. Reis, formerly an attorney with Edelson PC, is no longer associated with Edelson PC and hereby withdraws as counsel of record for Plaintiffs and the putative class. Mark S. Eisen of Edelson PC, an attorney in good standing with the California bar, will replace Sean P. Reis as local counsel of record for Plaintiffs. Written notice of Mr. Reis's withdrawal is provided to Plaintiffs, and to all other counsel of record in this mater as described in the attached certificate of service.

Respectfully submitted,

Dated: February 26, 2014            By:   s/ Sean P. Reis

Dated: February 26, 2014            By:   s/ Mark S. Eisen

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Mark S. Eisen, hereby certify that I am the ECF user whose identification and password are being used to file the foregoing *Notice of Change in Counsel*, and that the above-referenced signatories to this stipulation have concurred in this filing.

Dated: February 26, 2014            s/ Mark S. Eisen

## CERTIFICATE OF SERVICE

The undersigned certifies that, on February 26, 2014, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, thus effectuating service of such filing on all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent by USPS first class mail to the following participants, postage prepaid, at the address listed below:

Thomas L. Cox, Jr.
4934 Tremont
Dallas, Texas 75214

*Attorney for Objector-Appellant Tracey Cox Klinge*

Dated: February 26, 2014                                         s/ Mark S. Eisen