

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 26 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: NETFLIX PRIVACY LITIGATION,

JEFF MILANS; et al.,

    Plaintiffs - Appellees,

ANDREW CESARE; et al.,

    Objectors - Appellants,

 v.

NETFLIX, INC., a Delaware corporation,

    Defendant - Appellee.

No. 13-15754

D.C. No. 5:11-cv-00379-EJD
Northern District of California,
San Jose

ORDER

Appellant's motion to this dismiss is construed as a motion to sever and dismiss this appeal only, and so construed, is granted.

The dismissal of appeal no. 13-15754 does not affect consolidated appeal nos. 13-15723, 13-15733, 13-15734, 13-15751 and 13-15759 which will proceed.

A copy of this order shall serve as and for the mandate of this court.

                FOR THE COURT

                By: Margaret A. Corrigan
                Circuit Mediator

MAC/Mediation