United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE | CASE NO. 5:11-cv-00379 EJD |
| NETFLIX PRIVACY LITIGATION | **ORDER REFERRING MATTER TO MAGISTRATE JUDGE** |
| _____ / | |

Pursuant to Civil Local Rule 72-1, the Motion to Compel Deposition and Production of Documents (Docket Item No. 352) is hereby REFERRED to Magistrate Judge Howard R. Lloyd for resolution. The motion shall be re-filed according to Judge Lloyd's Standing Order re: Civil Discovery Disputes.

**IT IS SO ORDERED.**

Dated: April 29, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:11-cv-00379 EJD
ORDER REFERRING MATTER TO MAGISTRATE JUDGE