FILED

MAY 02 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: NETFLIX PRIVACY LITIGATION, <br><br> ─────────────────── <br><br> JEFF MILANS; et al., <br><br>   Plaintiffs - Appellees, <br><br> GARY WILENS, <br><br>   Objector - Appellant, <br><br>   v. <br><br> NETFLIX, INC., a Delaware corporation, <br><br>   Defendant - Appellee. | No. 13-15723 <br><br> D.C. No. 5:11-cv-00379-EJD <br> Northern District of California, <br> San Jose <br><br><br> ORDER |
| In re: NETFLIX PRIVACY LITIGATION, <br><br> ─────────────────── <br><br> JEFF MILANS; et al., <br><br>   Plaintiffs - Appellees, <br><br> MATTHEW TANNER, <br><br>   Objector - Appellant, <br><br>   v. | No. 13-15733 <br><br> D.C. No. 5:11-cv-00379-EJD <br> Northern District of California, <br> San Jose |

LKing4.21.14/Pro Mo

| | |
|---|---|
| NETFLIX, INC., a Delaware corporation,<br><br>       Defendant - Appellee. | |
| In re: NETFLIX PRIVACY LITIGATION,<br><br>———<br><br>JEFF MILANS; PETER COMSTOCK, individually and on behalf of all others similarly situated; THE SETTLEMENT CLASS,<br><br>       Plaintiffs - Appellees,<br><br>BRADLEY SCHULZ,<br><br>       Objector - Appellant,<br><br>  v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>       Defendant - Appellee. | No. 13-15751<br><br>D.C. No. 5:11-cv-00379-EJD<br>Northern District of California, San Jose |
| In re: NETFLIX PRIVACY LITIGATION,<br><br>———<br><br>JEFF MILANS; PETER COMSTOCK, individually and on behalf of all others similarly situated; THE SETTLEMENT CLASS,<br><br>       Plaintiffs - Appellees, | No. 13-15759<br><br>D.C. No. 5:11-cv-00379-EJD<br>Northern District of California, San Jose |

LKing4.21.14/Pro Mo

TRACEY COX KLINGE,

        Objector - Appellant,

 v.

NETFLIX, INC., a Delaware corporation,

        Defendant - Appellee.

Appellant Objector Tracey Cox Klinge's motion and amended motion for voluntary dismissal of this case is granted.  This case is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

A copy of this order shall act as and for the mandate of this court.

The appeal shall go forward to the remaining parties.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit Rule 27-10

LKing4.21.14/Pro Mo