Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
J. Dominick Larry (Admitted *Pro Hac Vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs JEFF MILANS
and PETER COMSTOCK and the CLASS*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: NETFLIX PRIVACY LITIGATION | Case No. 5:11-cv-00379-EJD<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR CONTEMPT AS TO OBJECTOR TRACEY COX KLINGE**<br><br>[Hon. Edward J. Davila]<br><br>Action filed: January 26, 2011 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE THAT** Plaintiffs Jeff Milans, Peter Comstock, and the Class ("Plaintiffs") by and through their undersigned counsel, hereby withdraw their Motion for Contempt (Dkt. 322) as to Objector-Appellant Tracey Cox Klinge.

On March 26, 2014, the Ninth Circuit Court of Appeals granted Klinge's motion to voluntarily dismiss her appeal. (Dkt. 355.) As such, the Klinge has cured her non-compliance with the Court's November 25th Order, and Plaintiffs hereby withdraw their contempt motion as it applies to Klinge. Plaintiffs stand by their motion for contempt as to the other objectors-appellants, and Plaintiffs' withdrawal of the contempt motion as to Objectors-Appellant Klinge should in no way affect the contempt motion as it applies to the remaining objectors-appellants.

Respectfully submitted,

**JEFF MILANS and PETER COMSTOCK**, individually and on behalf of a class of similarly situated individuals,

Dated: May 13, 2014

By:  s/ J. Dominick Larry
      One of Plaintiffs' Attorneys

Mark Eisen (SBN – 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
J. Dominick Larry (Admitted *Pro Hac Vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 13, 2014, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, thus effectuating service of such filing on all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent by electronic mail, at the address listed below:

Thomas L. Cox, Jr.
4934 Tremont
Dallas, Texas 75214
tcox009@yahoo.com

*Attorney for Objector Tracey Cox Klinge*

Dated: May 13, 2014                    s/ J. Dominick Larry