Christopher A. Bandas (Admitted *Pro Hac Vice)*
State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200
(361) 698-5222 Facsimile
cbandas@bandaslawfirm.com

Timothy R. Hanigan
California Bar No. 125791
21021 Ventura Blvd., Ste. 450
Woodland Hills, California 91364-2206
(818) 883-5644
(818) 704-9372 Facsimile
trhanigan@gmail.com

*Attorneys for Appellant Bradley Schulz*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE: NETFLIX PRIVACY LITIGATION* | Case No. 5:11-cv-00379-EJD<br><br>[Hon. Edward J. Davila]<br><br>**MOTION FOR RETURN OF APPEAL BOND** |

Objector Bradley Schulz hereby respectfully requests a return of the appeal bond in the amount of $21,519.00. On October 3, 2013 Plaintiffs filed a Notice of Motion and Motion for Appeal Bond (Dkt. #281). On November 25, 2013 the Court issued an Order Granting Plaintiffs' Motion for Appeal Bonds and Granting Plaintiffs' Motion for Additional Discovery (Dkt. #307) in the amount of $21,519.00. Objector Bradley Schulz, through his Counsel, submitted an appeal bond payment in the amount of $21,519.00 on December 16, 2013 (Dkt. #310).

Objector Bradley Schulz filed a Motion for Voluntary Dismissal in the United States Court of Appeals for the Ninth Circuit on September 2, 2014 (Dkt. #88, attached Exhibit A). On September 4, 2014 the 9th Circuit issued an Order granting Objector Bradley Schulz's motion to dismiss the consolidated appeals (Dkt. #93) (attached, Exhibit B).

Therefore, Bradley Shulz respectfully requests that the Court grant this motion to release the appeal bond to his attorneys in this case.

Dated: October 1, 2014

Respectfully submitted,

By: */s/ Christopher A. Bandas*

Christopher A. Bandas (Admitted *Pro Hac Vice)*
State Bar No. 00787637
Southern Bar No. 17509
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200
(361) 698-5222 Facsimile
cbandas@bandaslawfirm.com

Timothy R. Hanigan
California Bar No. 125791
21021 Ventura Blvd., Ste. 450
Woodland Hills, California 91364-2206
(818) 883-5644
(818) 704-9372 Facsimile
trhanigan@gmail.com

*Attorneys for Objector Bradley Schulz*

**CERTIFICATE OF CONFERENCE**

Counsel for the Class, Jay Edelson and counsel for the Defendant, Keith Eggleton, are not opposed to the relief requested in this motion.

/s/ Christopher A. Bandas
Christopher A. Bandas

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent via USPS First Class mail to the following participants, postage prepaid, at the addresses listed below:

**Mark S. Eisen**
Edelson PC
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Fax: (213) 947-4251

**Jay Edelson**
**Rafey S. Balabanian**
**J. Dominick Larry**
Edelson LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654
Fax: (312) 589-6378

**David Lincoln Axelrod**
Sierra Law Office of David L. Axelrod
Sonora, California
87 North Washington Street
Sonora, CA 95370
Fax: (209)533-8218

**David Eldridge Bower**
Law Office of David E. Bower
10866 Wilshire Boulevard
Suite 1470
Los Angeles, CA 90024
Fax: (424) 256-2885

**Anthony Joseph Calero**
Lombardi Loper Conant, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 95376
Fax: (510) 433-2699

**Thomas L. Cox**
4934 Tremont
Dallas, TX 75214

**Keith E. Eggleton**
Wilson Sonsini Goodrich & Rosati
A Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Fax: (650) 565-5100

**Brett Langdon Gibbs**
38 Miller Avenue, Suite # 263
Mill Valley, CA 94941

**Chandler Randolph Givens**
Edelson McGuire, LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Fax: (312) 589-6378

**Marc Lawrence Godino**
Glancy Binkow & Goldberg LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Fax: (310) 201-9160

**William Charles Gray**
1926 N. Lincoln Park West #2D
Chicago, IL 60614

**Roy A. Katriel**
The Katriel Law Firm
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Fax: 858-304-5505

/s/ *Christopher A. Bandas*
Christopher A. Bandas