**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *IN RE: NETFLIX PRIVACY LITIGATION* | Case No. 5:11-cv-00379-EJD<br>[Hon. Edward J. Davila] |

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR RETURN OF APPEAL BOND BY BRADLEY SCHULZ**

The Court has considered Bradley Schulz's motion for return of appeal bond. Bradley Schulz's motion is hereby **GRANTED.** Therefore, the Court hereby orders that the appeal bond be returned to attorneys for objector Bradley Schulz.

**SO ORDERED:**

Dated: October 20, 2014

UNITED STATES DISTRICT COURT JUDGE